UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
DEANNA MARLENE BELLAVIA aka DEANNA KING,

**Defendant / Respondent:**
ORLEANS COUNTY, ORLEANS COUNTY SHERIFF'S DEPARTMENT, ORLEANS COUNTY DISTRICT ATTORNEY, COREY BLACK, DEPUTY JOHN DOE, and DAVID BELLAVIA,

**AFFIDAVIT OF SERVICE**

Index No:
1:22-cv-00842-JLS

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and works at 2604 Elmwood Ave #330, Rochester, NY 14618. That on Thu, Dec 01 2022 AT 06:59 PM AT 9 Allanview Dr, Batavia, NY 14020 deponent served the within SUMMONS AND COMPLAINT on DAVID BELLAVIA

[X] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[ ] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

[ ] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

[ ] **Certified Mail:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, _____, and depositing said wrapper with "Personal and Confidential" in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.
Certified # _____

**Description:**
Age: 47       Ethnicity: Caucasian       Gender: Male       Weight: 195
Height: 5'9"  Hair: Gray                 Eyes: Blue         Relationship:
Other

William D. Palma

Sworn to before me on 12-0-22

Notary Public

KATHY THOMPSON
NOTARY PUBLIC STATE OF NEW YORK
MONROE
LIC. #01TH6374066
COMM. EXP. APRIL 23, 26

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-CV-842

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DAVID BELLAVIA
was received by me on *(date)* 12/1/22.

☑ I personally served the summons on the individual at *(place)* 9 Allanview Drive Batavia NY 14020 on *(date)* 12/1/2022; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/1/22

*Server's signature*

William D. Palma    Process Server
*Printed name and title*

2604 Elmwood Ave Rochester NY 14618
*Server's address*

Additional information regarding attempted service, etc:

KATHY THOMPSON
NOTARY PUBLIC STATE OF NEW YORK
MONROE
LIC. #01TH6374066
COMM. EXP. APRIL 23, 26