UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DEANNA MARLENE BELLAVIA aka
DEANNA KING,

                Plaintiff,

vs.

ORLEANS COUNTY, ORLEANS COUNTY SHERIFF'S DEPARTMENT, ORLEANS COUNTY DISTRICT ATTORNEY, COREY BLACK, DEPUTY JOHN DOE, and DAVID BELLAVIA,

                Defendant.

**NOTICE OF MOTION**

Case No.: **22-CV-842**

Defendant, David Bellavia ("Mr. Bellavia"), hereby moves this Court for an order dismissing the Complaint as against him and for an order striking paragraphs "11" through "17" and "18 through "28" of the Complaint.

**RELIEF SOUGHT:**

1. Dismissal of complaint as against Mr. Bellavia pursuant to Fed. R. Civ. P. 12(b)(6) because the Complaint fails to state a cause of action upon which relief can be granted; or, if such relief is not granted,

2. An order striking Paragraphs "11" through "17" and "18 through "28" of the Complaint pursuant to Fed. R. Civ. P. 12(f), because those paragraphs are scandalous, unnecessary and highly prejudicial and are in contravention of the parties' Judgment of Divorce, dated December 28, 2021 and written Custody, Support and Property Settlement Agreement filed December 7, 2021.

**PAPERS SUBMITTED:**

Memorandum of Law dated December 22, 2022 and the Bellavia's Judgment of Divorce, dated December 28, 2021 and written Custody, Support and Property

{9061504: }

|  |  |
|---|---|
|  | Settlement Agreement filed December 7, 2021, and associated protective orders. |
| **REPLY PAPERS:** | Pursuant to Rule 7(b)(2)(B) of the Local Rules of Civil Procedure for the Western District of New York, Plaintiff shall file and serve Responding papers fourteen (14) days after service of this motion; Defendant, Mr. Bellavia intends to serve Reply papers seven (7) days after service of the Plaintiff's Responding papers. |
| **LOCATION:** | United States District Court for the Western District of New York, 2 Niagara Square, Buffalo, New York, 14202-8154 |

Dated: December 22, 2022
Rochester, New York

**WOODS OVIATT GILMAN LLP**

By:  /s/ Donald W. O'Brien
　　　Donald W. O'Brien, Jr., Esq.
　　　*Attorneys for Defendant*
　　　　*David Bellavia*
　　　1900 Bausch & Lomb Place
　　　Rochester, New York 14604
　　　585.987.2800
　　　dobrien@woodsoviatt.com

　　　William F. Savino, Esq.
　　　*Attorneys for Defendant*
　　　　*David Bellavia*
　　　1900 Main Place Tower
　　　350 Main Street
　　　Buffalo, New York 14202
　　　wsavino@woodsoviatt.com

To:　Nathan McMurray, Esq.
　　　Advocates for Justice,
　　　　Chartered Attorneys
　　　225 Broadway, Suite 225
　　　New York, New York 10007
　　　212.285.1400
　　　aschwartz@afjlaw.com