UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DEANNA MARLENE BELLAVIA aka
DEANNA KING,

                Plaintiff,

vs.

ORLEANS COUNTY, ORLEANS COUNTY SHERIFF'S
DEPARTMENT, ORLEANS COUNTY DISTRICT
ATTORNEY, COREY BLACK, DEPUTY JOHN DOE,
and DAVID BELLAVIA,

                Defendant.

**NOTICE OF MOTION TO SEAL**

Case No.:  22-CV-842

**PLEASE TAKE NOTICE**, that, upon the Declaration of Donald W. O'Brien, Jr., Esq., dated December 22, 2022, with exhibit annexed thereto, Defendant, David Bellavia ("Mr. Bellavia") will move this Court, pursuant to Rule 5.3 of the Local Rules of Civil Procedure for the United States District Court for the Western District of New York and Guideline 2(R)(i) of the Administrative Procedures Guide, for an order sealing the following documents generated in connection with the divorce proceeding between Mr. Bellavia and the Plaintiff: (1) the Judgment of Divorce, dated December 28, 2021 ("the Judgment"), (2) the parties written Custody, Support and Property Settlement Agreement filed December 7, 2021 ("the Agreement"), (3) the Decision and Order filed on February 4, 2021 ("the First Protective Order"), and (4) and the Second Protective Order filed on March 11, 2021 ("the Second Protective Order" (collectively, "the Divorce Documents").  The moving party requests an opportunity to reply.

Dated: December 22, 2022
Rochester, New York

                **WOODS OVIATT GILMAN LLP**

                By:  /s/ Donald W. O'Brien
                    Donald W. O'Brien, Jr., Esq.
                    *Attorneys for Defendant*
                     *David Bellavia*
                    1900 Bausch & Lomb Place
                    Rochester, New York 14604
                    585.987.2800
                    dobrien@woodsoviatt.com

{9068099: }

                                                              William F. Savino, Esq.
*Attorneys for Defendant David Bellavia*
1900 Main Place Tower
350 Main Street
Buffalo, New York 14202
wsavino@woodsoviatt.com

To:    Nathan McMurray, Esq.
        Advocates for Justice, Chartered Attorneys
        *Attorneys for Plaintiff*
        225 Broadway, Suite 225
        New York, New York 10007
        212.285.1400
        aschwartz@afjlaw.com