UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DEANNA MARLENE BELLAVIA a/k/a DEANNA KING,

                Plaintiff,

v.

ORLEANS COUNTY, ORLEANS COUNTY SHERIFF'S DEPARTMENT, ORLEANS COUNTY DISTRICT ATTORNEY, COREY BLACK, DEPUTY JOHN DOE, and DAVID BELLAVIA,

                Defendants.
-------------------------------------------------------------------X

Civil Action No. 22-842

**NOTICE OF MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS,** *NUNC PRO TUNC*

    PLEASE TAKE NOTICE that upon the Declaration of Nathan D. McMurray, dated January 17, 2023, Plaintiff shall move this Court, at the Rochester Federal Courthouse, on a date, and at a time set by the Court, for an Order allowing Plaintiff a one business day extension, pursuant to Local Rule 7(b), *nunc pro tunc*, through January 17, 2023, to file her papers in opposition to Defendant David Bellavia's Motion to Dismiss.

Dated: Buffalo, New York
       January 17, 2023

                                    ADVOCATES FOR JUSTICE,
                                    CHARTERED ATTORNEYS
                                    Attorneys for Plaintiff

                                    By: /s/ *Nathan D. McMurray*
                                       Nathan D. McMurray
                                       225 Broadway, Suite 1902
                                       New York, New York 10007
                                       (716) 517-5506
                                       nmcmurray@advocatesny.com

TO: ALL DEFENDANTS' COUNSEL, by ECF