UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DEANNA MARLENE BELLAVIA aka
DEANNA KING,

                      Plaintiff,        Civ. No.:  1:22-cv-00842-JLS

v.

ORLEANS COUNTY, ORLEANS COUNTY
SHERIFF'S DEPARTMENT, ORLEANS COUNTY
DISTRICT ATTORNEY, COREY BLACK,
DEPUTY JOHN DOE, and DAVID BELLAVIA,

                      Defendants.

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE, that Shannon B. O'Neill of Webster Szanyi LLP, here by appears on behalf of Orleans County, Orleans County Sheriff's Department, Orleans County District Attorney, and Corey Black, and requests that copies of all future pleadings and documents be served upon the undersigned at the office and post office address stated below and that the undersigned's name be placed on the Court's CM/ECF mailing matrix as an attorney to be noticed.

DATED:     January 23, 2023

**WEBSTER SZANYI LLP**
Attorneys for Defendants
Orleans County, Orleans County Sheriff's
Department, Orleans County District Attorney,
and Corey Black

By:  *s/ Shannon B. O'Neill*
      Shannon B. O'Neill
424 Main Street, Suite 1400
Buffalo, New York 14202
(716) 842-2800
spneill@websterszanyi.com

TO: **ADVOCATES FOR JUSTICE, CHARTRED ATTORNEYS**
      Nathan D. McMurray, Esq.
       Attorneys for Plaintiff
      225 Broadway, Suite 1902
      New York, New York 10007
      (212) 285-1400
      nmcmurray@advocatesny.com

CC: **WOODS OVIATT GILMAN LLP**
      Daniel W. O'Brien Jr., Esq.
      William F. Savino, Esq.
       Attorneys for Defendant David Bellavia
      1900 Bausch & Lomb Place
      Rochester, New York 14604
      dobrien@woodsoviatt.com
      wsavino@woodsoviatt.com