

Nathan D. McMurray
Special Counel

nmcmurray@advocatesny.com

225 Broadway, Suite 1902
New York, New York 10007

t. (716) 517-5506
f. (212) 285-1410

www.afjlaw.com

May 25, 2023

<u>By ECF</u>

Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

      Re:    Bellavia v. Orleans County, et al.
            <u>Civil Action No. 22-842</u>

Dear Judge McCarthy:

      We represent Plaintiff in the above-referenced matter. We write to bring to your attention a matter regarding the arrest documents exchanged between the parties in this case. It has come to our attention that there are slight discrepancies between the documents we received from the Town of Ridgeway Justice Court, and the documents received by the Defendants. We are not sure why the Defendants received an additional two pages from the court. We have mutually agreed that the documents in the Defendants' possession accurately represent the correct and complete versions of the documents contained in the criminal file obtained from the town court.

      Pursuant to the Court's March 29, 2023 Text Order, now that the parties have confirmed the completeness and authenticity of the criminal file from the town court, Plaintiff shall file her motion for leave to file an Amended Complaint within 14 days, after which time Defendants shall respond 10 days after, and Plaintiff's reply, if any, shall be filed four days thereafter. We kindly request the Court's confirmation and acceptance of this agreement.

      We appreciate the Court's attention to this matter and stand ready to provide any further clarification or information as required. Thank you for your understanding and prompt consideration.

                                      Respectfully submitted,

                                      /s/ *Nathan D. McMurray*

                                      Nathan D. McMurray

cc:    All Counsel (by ECF)