# EXHIBIT B

**New York State DOMESTIC INCIDENT REPORT**

**Agency:** OCMFCTF   A   **ORI:** 036013A   **Incident #** 2021-00001

**Incident**

**Reported Date** (MM/DD/YYYY): 01 14 2021   **Time (24 hours):** 1953   **Occurred Date** (MM/DD/YYYY): 01 05 2021   **Time (24 hours):** 1448   ☐ Officer Initiated ☐ Radio Run ☑ Walk-in   ☐ ICAD (NYC)   **Complaint #**

**Address** (Street No., Street Name, Bldg. No., Apt No.): 2289 Oak Orchard River Rd   **City, State, Zip**

**Victim (P1)**

**Name** (Last, First, M.I.) (Include Aliases): Bellavia David G   **DOB** (MM/DD/YYYY): 11 10 1975   **Age:** 45   ☐ Female ☑ Male ☐ Self-Identified:

**Address** (Street No., Street Name, Bldg. No., Apt No.): 2289 Oak Orchard River Rd   **Victim Phone Number:** 202 309 3382   **Language:** English

**City, State, Zip:** Waterport NY 14571   ☑ White ☐ Black ☐ Asian ☐ American Indian ☐ Other   ☐ Hispanic ☑ Non Hispanic ☐ Unknown ☐ Other Identifier:

**How can we safely contact you?** (i.e. Name, Phone, Email)

**Suspect (P2)**

**Name** (Last, First, M.I.) (Include Aliases): Bellavia Deanne N   **DOB** (MM/DD/YYYY): 04 23 1975   **Age:** 45   ☑ Female ☐ Male ☐ Self-Identified:

**Address** (Street No., Street Name, Bldg. No., Apt No.): 9 Allanview Dr   **Suspect Phone Number:** 585 415 5331   **Language:** English

**City, State, Zip:** Batavia NY 14020   ☐ White ☐ Black ☐ Asian ☐ American Indian ☐ Other   ☐ Hispanic ☑ Non Hispanic ☐ Unknown ☐ Other Identifier:

**Do suspect and victim live together?** ☐ Yes ☑ No   **Suspect/P2 present?** ☐ Yes ☑ No   **Was suspect injured?** ☐ Yes ☑ No If yes describe:   **Possible drug or alcohol use?** ☐ Yes ☑ No   **Suspect supervised?** ☐ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown

**Suspect (P2) Relationship to Victim (P1)** ☑ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative: ☐ Other:   **Do the suspect and victim have a child in common?** ☑ Yes ☐ No

**Victim Interview**

**Emotional condition of VICTIM?** ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☑ Other: Normal

**What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?** This Needs to stop

**Did suspect make victim fearful?** ☐ Yes ☑ No If yes, describe:

**Weapon Used?** ☐ Yes ☑ No   Gun: ☐ Yes ☐ No Other, describe:   **Suspect Threats?** ☑ Yes ☐ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

**Access to Guns?** ☐ Yes ☑ No If yes, describe:

**Injured?** ☐ Yes ☑ No   **In Pain?** ☐ Yes ☑ No If yes, describe:   **Strangulation?** ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing   **Visible Marks?** ☐ Yes ☐ No If yes, describe:

**Suspect**

**What did the SUSPECT say** (Before and After Arrest): I am calling the Media

**710.30 completed?** ☐ Yes ☐ No

**Witnesses**

**Child/Witness (1) Name** (Last, First, M.I.):   **DOB:**   **Child/Witness(1) Address** (Street No., Name, Bldg./Apt):   **City, State, Zip**   **Phone:**

**Child/Witness (2) Name** (Last, First, M.I.):   **DOB:**   **Child/Witness(2) Address** (Street No., Name, Bldg./Apt):   **City, State, Zip**   **Phone:**

**Incident Narrative**

**Briefly describe the circumstances of this incident:** ongoing Harassment / Aggravated Harassment

**Evid**

**DIR Repository checked?** ☑ Yes ☐ No   **Order of Protection Registry checked?** ☑ Yes ☐ No   **Order of Protection in effect?** ☐ Yes ☑ No ☐ Refrain ☐ Stay Away

**Evidence Present?** ☑ Yes ☐ No   **Photos taken:** ☐ Victim Injury ☐ Suspect Injury   **Other Evidence:** ☐ Damaged Property ☐ Videos ☑ Electronic Evidence ☐ Other. ☐ Other:   **Destruction of Property?** ☐ Yes ☑ No If yes, Describe:

**Offense**

**Offense Committed?** ☑ Yes ☐ No   **Was suspect arrested?** ☑ Yes ☐ No if no, explain:   **Offense 1** 240.26 (5)   **Law** (e.g. PL) PL   **Offense 2** 240.30 (2)   **Law** (e.g. PL) PL

**POLICE COPY** (Please make a copy for DA's office if appropriate)   NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906   3221-03/2016 DCJS Copyright © 2015 by NYS DCJS

| Agency: OCMFCTF | B | ORI: 036013A | Incident # 202100001 | Complaint # |
|---|---|---|---|---|

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):   *None Reported*

**Prior History**

**If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____ .**

| Has Suspect ever: | | Is suspect capable of killing you or children? | ☐ Yes ☑ No |
|---|---|---|---|
| Threatened to kill you or your children? ☐ Yes ☑ No | | Is suspect violently and constantly jealous of you? | ☐ Yes ☑ No |
| Strangled or "choked" you? ☐ Yes ☑ No | | Has the physical violence increased in frequency or severity over the past 6 months? | |
| Beaten you while you were pregnant? ☐ Yes ☑ No | | | ☐ Yes ☑ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No

If Yes, the Officer must contact the **NYS Child Abuse Hotline Registry # 1-800-635-1522.**

| Was DIR given to the Victim at the scene? ☑ Yes ☐ No if **NO**, Why: | Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if **NO**, Why: |
|---|---|

**Signatures:**

| Reporting Officer (Print and Sign include Rank and ID#)  Z. C. 36   # 532 | Supervisor (Print and Sign include Rank and ID#) |
|---|---|

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

\* Officers are encouraged to assist the Victim in completing this section of the form.

**Suspect Name** (Last, First, M.I)   *Bellavia, Deanna, M*

I _____ (Victim/Deponent Name) state that on ____ / ____ / _____ , (Date)

at _____ (Location of incident) in the County/City/Town/Village _____

_____ of the State of New York, the following did occur:

*See Supporting Deposition of David Bellavia*

_(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

| Victim/Deponent Signature | Date | | |
|---|---|---|---|
| Witness or Officer Signature | Date | ***Note:*** Whether or not this form is signed, this DIR Form will be filed with Law Enforcement. | Page ___ Of ___ |
| Interpreter Signature and Interpreter Service Provider Name Interpreter Requested ☐ Yes ☐ No Interpreter Used ☐ Yes ☐ No | Date | | |

POLICE COPY (Please make a copy for DA's office if appropriate) | NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906 | 3221- 03/2016 DCJS Copyright © 2016 by NYS DCJS

| 1. Agency ORLEANS CO SHERIFF | 2. Div/Precinct | **New York State INCIDENT REPORT** | 3. ORI NY0360000 | 5. Case No. 202100001 | 6. Incident No. 16750 |
|---|---|---|---|---|---|
| 7,8,9. Date Reported (Day, Date, Time) THURSDAY 01/14/2021 19:53 | 10,11,12. Occurred On/From (Day, Date, Time) WEDNESDAY 07/01/2020 10:24 | | | 13,14,15. Occurred To (Day, Date, Time) FRIDAY 01/08/2021 10:27 | |

| 16. Incident Type HARASSMENT-AGGRAVATED HARASSMENT | 17. Business Name |
|---|---|

**19. Incident Address (Street Name, Bldg. No., Apt. No.)**
2289 OAK ORCHARD RIVER RD

**20. City/State/Zip**
WATERPORT NY NEW YORK 14571

| 21. Location Code (TSLED) RIDGEWAY TOWN 3757 | 23. No. of Victims 1 | 24. No. of Suspects 1 | 26. Victim also Complainant? No |
|---|---|---|---|

**Location Type**
SINGLE FAMILY HOME

| 22.OFF. No. | LAW | SECTION | SUB | CL | CAT | DEG | ATT | NAME OF OFFENSE | CTS |
|---|---|---|---|---|---|---|---|---|---|
| 1. | PL | 240.26 | 03 | | V | 2 | C | HARASSMENT 2ND - ALARM OR SERIOUSLY ANNOY | 1 |
| 2. | PL | 240.30 | 02H | E | F | 2 | C | HATE CRIME/AGG HARASSMENT 2 -THREAT BY PHONE/NO LEGIT P | 1 |

## ASSOCIATED PERSONS

| 25. TYPE | Name (Last, First, Middle, Title) | DOB | Street Name Bldg., Apt.No., City, State, Zip | Res Phone Bus Phone |
|---|---|---|---|---|
| SUSPECT | BELLAVIA, DEANNA M | 04/23/1975 | 9 ALLANVIEW DR BATAVIA NY 14020 | |
| VICTIM | BELLAVIA, DAVID G | 11/10/1975 | 2289 OAK ORCHARD RIVER RD WATERPORT NY NY 14571 | |

## VICTIM

| Name | 27. DOB | 28. Age | 29. Gender | 30. Race | 31. Ethnicity | 32. Handicap | 33. Residence Status |
|---|---|---|---|---|---|---|---|
| BELLAVIA, DAVID G | 11/10/1975 | 44 | MALE | WHITE | NOT HISPANIC | NO | RESIDENT |

Victim DID receive information on Victim's Rights and Services pursuant to New York State Law ☐ Yes ☐ No

## SUSPECT

| Person ID # 24696 | 34. Type/No. SUSPECT | 35. Name (Last, First, Middle) BELLAVIA, DEANNA, M |
|---|---|---|

| 37. Apparent Condition APPARENTLY NORMAL | 38. Address (Street Name, Bldg., Apt. No., City, State, Zip) 9 ALLANVIEW DR BATAVIA, NY 14020 |
|---|---|

| 39a. Home Phone | 39b. Work Phone | 40. Social Security | 41. DOB 04/23/1975 | 42. Age 45 | 43. Gender FEMALE | 44. Race WHITE |
|---|---|---|---|---|---|---|

| 45. Ethnicity NOT HISPANIC | 46. Skin LIGHT | 47. Occupation PROFESSIONAL | | |
|---|---|---|---|---|

| 48. Height 5 ft. 8 in. | 49. Weight 130 lbs. | 50. Hair BROWN | 51. Eyes BLUE | 52. Glasses | 53. Build NORMAL |
|---|---|---|---|---|---|

| 54. Employer/School | 55. Employer Address |
|---|---|

**56. Scars/Marks/Tattoos /Description**

**36. Alias/Nickname/Maiden Name**

| Last Name | First Name | Middle Name |
|---|---|---|

# NARRATIVE

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 01/15/2021 | 01/26/2021 | BLACK, COREY (INV) |

**Narrative**

-Victim David Bellavia reports that he is in the process of being divorced from his wife Deanna Bellavia and has been living at 2289 Oak Orchard River Rd. in the Town of Ridgeway since January of 2016. Most recently David states that in December of 2019 he filed for divorce and that the matter is currently pending in Genesee County Family Court. David states that sometime around July of 2020 business associates of his in Texas began receiving harassing voicemails and messages on their social media accounts that were of a harassing nature and defaming to David. David also states that Deanna was additionally posting items on her blog that were of a harassing nature. David states that they appeared in Genesee County Family Court on September 24, 2020 and that the above stated harassment was presented to the Court. At that time an order was drafted that Deanna was not to communicate in any manner with any of David's coworkers, employers, military supervisors. In addition to that the only communication between David and Deanna was to be about the children and only via an app called "Appclose" that was previously agreed upon. David states that Deanna continued to harass him using the Appclose app by accusing him of having an affair and making allegations of physical abuse. David states that Deanna would message him and basically try and extort him by threatening to expose things that are alleged in the divorce in an attempt to ruin his professional career if he doesn't settle the divorce on her terms. David states that they were back in Genesee County family court on December 10, 2020 to re-address Deanna's continued harassment of himself and her continuous violation of the Courts order. At that time David states that the Court was clear that Deanna is only to communicate with David specifically about the children and only through Appclose. David states that he received repeated messages on Appclose from Deanna on January 5, 2021 about insurance cards that was not necessary as he acknowledged that there was secondary insurance in effect and it was simply a matter of Deanna having to call the insurance company, which she is authorized to do, and get the information she needed. David states that even after providing Deanna the information that she requested she then had their 13 year old son Aiden call David and then Deanna got on the phone harassing David about where he was and whom he was with. On January 6, 2021 David states that Deanna continued to harass him with messages on Appclose about NYS guidelines for COVID testing as it relates to his travel. David states that Deanna continued this harassment in a similar way on January 7, 2021 to include messages on Appclose about a water bill which was clearly not about the children. David states that on January 8, 2021 Deanna again continued to harass him about their adult son Evan looking for David to pay additional expenses that are not outlined in there current court order. David states that Deanna continues to use any excuse or situation that she can for a reason to contact him and harass him despite his repeated requests that she not contact him outside of direct information about the children. David states that even after direct orders from Family Court Deanna continues to use the Appclose app to harass and annoy him not solely for the purpose of communicating about essential information about the children. David wishes for Deanna to be charged with harassment for her conduct and also requests an order of protection.(See Supporting Deposition of David Bellavia)

-01/26/21 R/O (Reporting Officer - Inv Black) did complete information's charging Deanna Bellavia with the above listed charges and Town of Ridgeway Justice Kujawa signed an arrest warrant for Bellavia for said charges. R/O did speak to Deanna and then ultimately her Attorney Steve Sercu and made arrangements for Deanna to turn herself in on 1/27/21 at 1700 Hrs.

-01/27/21 Deanna Bellavia did meet with R/O at the Orleans County Public safety Building for the purpose of arrest at about 1645 Hrs. Deanna was issued an appearance ticket for the above charges with a return date of March 22, 2021 In the Town of Ridgeway Justice Court. Deanna was then directed to report to the Orleans County Jail for process and arraignment in CAP court as the victim David Bellavia had requested an order of protection. Deanna asked if it was possible to report to the jail for process and then be released and return at 1900 Hrs for CAP court as compared to waiting until 1845 - 1900 Hrs to report and be processed and then arraigned. R/O spoke with Jail Lieutenant Christopher who agreed to allow Deanna to report immediately for processing, leave once processed, and then return for her court appearance. Deanna was advised of same and she agreed to report to the jail directly from the public safety building. Case closed arrest.

# ADMINISTRATIVE

| 74. Inquiries | | 75. NYSPIN Message No. | 76. Complainant Signature | |
|---|---|---|---|---|
| 77. Reporting Officer Signature (Include Rank) | | 78. ID No. | 79. Supervisor Signature (Include Rank) | 80. ID |
| | | 132 | | 506 |
| INV COREY BLACK | | | INV JOSEPH SACCO | |
| 81. Status<br>ARREST - ADULT | | 82. Status Date<br>01/26/2021 | 83. Notified/TOT | |

ORDER OF PROTECTION - FAMILY OFFENSES CPL 530.12   FORM 284 (Rev. 10/02)   WILLIAMSON LAW BOOK CO., VICTOR, NY 14564

Town of Barre

ORI No: _____
Order No: _____
NYSID No: _____

At a term of the JUSTICE Court, County of ORLEANS State of New York
at the Courthouse at 14317 W BARRE RD ALBION

PRESENT: Hon. FA ROOT

**People of the State of New York**

against

**ORDER OF PROTECTION**
Family Offenses - C.P.L. 530.12
Other Domestic Violence Crimes - C.P.L. 530.13 [1]
☐ Youthful Offender (check if applicable)

Part: ___  Index/Docket No: ___
Indictment No., if any: ___
Charges: ___

☑ Ex Parte
☑ Defendant Present in Court (check one)

**DEANNA BELLAVIA** Defendant
Date of Birth: 4-23-1975

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL YOU REAPPEAR IN COURT.

☑ TEMPORARY ORDER OF PROTECTION - Whereas good cause has been shown for the issuance of a temporary order of protection ( as a condition of ☐ recognizance ☐ release on bail ☐ adjournment in contemplation of dismissal)
☐ ORDER OF PROTECTION - Whereas defendant has been convicted of [ specify crime or violation ]:

And the Court having made a determination in accordance with section CPL 530.12 or 530.13 of the Criminal Procedure Law,
IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:
[Check applicable paragraphs and subparagraphs]:
[01] ☐ Stay away from [A] ☐ ( name(s) of protected person(s) or witness(es)): DAVID BELLAVIA and/or from the
[B] ☐ home of ___ [C] ☐ school of ___
[D] ☐ business of ___ [E] ☐ place of employment of ___
[F] ☐ other ___
[14] ☑ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other means with [specify protected person(s)]: EXCEPT - THE APPRAISAL
[02] ☐ Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation, threats, or any criminal offense against [specify name(s) of protected person(s), members of protected person's family or household, or person(s) with custody of child(ren)]: ___
[11] ☐ Permit [specify individual]: ___ to enter the residence at [specify]: ___
during [specify date/time]: ___ with [specify law enforcement agency, if any]: ___ to remove personal belongings not in issue in litigation [specify items]: ___
[04] ☐ Refrain from [indicate acts]: ___ that create an unreasonable risk to the health, safety, or welfare of [specify child(ren), family or household member]: ___
[05] ☐ Permit [specify individual]: ___ entitled by a court order or separation or other written agreement, to visit with [specify child(ren)]: ___
during the following periods of time [specify]: ___
under the following terms and conditions [specify]: ___
[12] ☐ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to, the following ___. Such surrender shall take place immediately, but in no event later than [specify date/time]: ___ at: ___
[99] ☑ Specify other conditions defendant must observe: MUST FOLLOW ALL LAWS AND REMAIN ARREST FREE

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law §400.00, is hereby [ 13A ] ☐ suspended or [ 13B ] ☐ revoked (note: final order only), and / or [ 13C ] ☐ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check all applicable boxes).
IT IS FURTHER ORDERED that this order of protection shall remain in effect until (specify date): 1-27-22

DATED: 1-27-2021
S. A. Root
JUDGE / JUSTICE
Court (Court Seal)

☑ Defendant advised in Court of issuance of Order
Received by Defendant ___
Defendant's Signature

☐ Service Executed   Date: ___   Time: ___   ☐ Warrant issued for Defendant

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms and to bring him or her before the Court to face whatever penalties may be imposed therefor.
Federal law provides that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. § § 2265, 2266).
It is a federal offense to: cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence against an intimate partner or family member; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner against assault, harassment, threatening and/or stalking, remains in effect (18 U.S.C. § § 922(g)(8), 922(g)(9), 2261, 2261A, 2262).

[1] Use this form for orders of protection, issued to protect victims of domestic violence as defined in Soc. Serv. Law § 459-a, that must be entered on the statewide registry of orders of protection [Exec. L. § 221-a].

CR# 202100001

## STATE OF NEW YORK :
## TOWN COURT

## COUNTY OF ORLEANS
## TOWN OF RIDGEWAY

---

*People of the State of New York*

*vs.*

*Bellavia, Deanna, M.   Dob 4/23/75*
*Aka*
*King, Deanna, M.*

*INFORMATION*

---

BE IT KNOWN THAT, by this INFORMATION, that **Inv Corey Black**, as the Complainant herein, stationed at The Orleans County Major Felony Crime Task Force, 13925 Route 31, Albion, NY, 14411, accuses **Deanna M. Bellavia Aka Deanna M. King**, the above mentioned Defendant(s), with having committed the *MISDEMEANOR of AGGRAVATED HARASSMENT IN THE SECOND DEGREE*, in violation of **Section 240.30 Subdivision 2** of the PENAL Law of the State of New York.

That on or about the 5th day of January, 2021, at about 2:48 p.m. in the Town of Ridgeway, County of Orleans, New York, the Defendant(s) did commit the above offense.

*COUNT ONE:* A PERSON IS GUILTY OF AGGRAVATED HARASSMENT IN THE SECOND DEGREE WHEN, WITH INTENT TO HARASS, ANNOY, THREATEN OR ALARM ANOTHER PERSON HE OR SHE: **(1)** COMMUNICATES, OR CAUSES A COMMUNICATION TO BE INITIATED BY MECHANICAL OR ELECTRONICAL MEANS OR OTHERWISE, WITH A PERSON ANONYMOUSLY OR OTHERWISE BY TELEPHONE, OR BY TELEGRAPH, MAIL OR ANY OTHER FORM OF WRITTEN COMMUNICATION, IN A MANNER LIKELY TO CAUSE ANNOYANCE OR ALARM; OR **(2)** MAKES A TELEPHONE CALL, WHETHER OR NOT A CONVERSATION ENSUES, WITH NO PURPOSE OF LEGITIMATE COMMUNICATION; OR **(3)** STRIKES, SHOVES, KICKS, OR OTHERWISE SUBJECTS ANOTHER PERSON TO PHYSICAL CONTACT, OR ATTEMPTS OR THREATENS TO DO THE SAME BECAUSE OF THE RACE, COLOR, RELIGION OR NATIONAL ORIGIN OF SUCH PERSON; OR **(4)** COMMITS THE CRIME OF HARASSMENT IN THE FIRST DEGREE AND HAS PREVIOUSLY BEEN CONVICTED OF THE CRIME OF HARASSMENT IN THE FIRST DEGREE WITHIN THE PRECEEDING TEN YEARS.

*TO WIT:* THE SAID DEFENDANT(S) AT THE ABOVE SAID DATE AND TIME WHILE LOCATED AT 2289 OAK ORCHARD RD IN THE TOWN OF RIDGEWAY, COUNTY OF ORLEANS, STATE OF NEW YORK, DID: COMMIT THE OFFENSE OF AGGRAVATED HARASSMENT AFTER HAVING BEEN PREVIOUSLY DIRECTED MULTIPLE TIMES NOT TO CONTACT ONE DAVID BELLAVIA BY TELEPHONE. THE SAID DEFENDANT DID FROM HER SON AIDEN BELLAVIA'S TELEPHONE CONTACT DAVID BELLAVIA FOR THE SOLE PURPOSE OF HARASSING AND ANNOYING HIM. THE SAID DEFENDANT STATING HER DISPLEASURE FOR AN INSURANCE CARD ISSUE AND STATING " I DON'T CARE WHERE YOU ARE OR IF YOU ARE WITH YOUR GIRLFRIEND" ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASE MADE AND PROVIDED.

The above allegations of fact are made by the Complainant on direct knowledge and/or upon information and belief, with the sources of Complainant's information and the grounds for belief being:

☒ the facts contained in the attached SUPPORTING DEPOSITION(s) of DAVID BELLAVIA;
☐ a written statement made by the above-named Defendant, prepared by your Complainant in his/her official capacity as a Deputy Sheriff.

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. *(NYSPL §210.45)*

Affirmed under the penalty of perjury this
26 day of January, 2021

_____
Complainant

---

☐ Your Complainant requests that a warrant be issued for the above-named Defendant;
☐ an appearance ticket was issued to the above-named Defendant for the above offense(s), directing him/her to appear in the above-named criminal court on          at          a.m.;
☐ bail in the amount of $0.00 was received by

Case 1:22-cv-00842-LJV-JJM   Document 45-3   Filed 06/22/23   Page 8 of 92

CR# 202100001

## STATE OF NEW YORK :
## TOWN COURT

## COUNTY OF ORLEANS
## TOWN OF RIDGEWAY

---

*People of the State of New York*

*vs.*

*Bellavia, Deanna, M. Dob 4/23/75*
*Aka*
*King, Deanna, M.*

*INFORMATION*

---

BE IT KNOWN THAT, by this INFORMATION, that **Inv. Corey Black**, as the Complainant herein, stationed at The Orleans County Major Felony Crime Task Force, 13925 Route 31, Albion, NY, 14411, accuses **Deanna M. Bellavia aka Deanna M. King**, the above mentioned Defendant(s), with having committed the *VIOLATION of HARASSMENT IN THE SECOND DEGREE*, in violation of **Section 240.26 Subdivision 3** of the PENAL Law of the State of New York.

That on or about the 7th day of January, 2021, at about 4:17 a.m. in the Town of Ridgeway, County of Orleans, New York, the Defendant(s) did commit the above offense.

*COUNT ONE:* A PERSON IS GUILTY OF HARASSMENT IN THE SECOND DEGREE WHEN, WITH INTENT TO HARASS, ANNOY OR ALARM ANOTHER PERSON: **(1)** (S)HE STRIKES, SHOVES, KICKS OR OTHERWISE SUBJECTS SUCH OTHER PERSON TO PHYSICAL CONTACT OR ATTEMPTS OR THREATENS THE SAME. **(2)** HE OR SHE FOLLOWS A PERSON IN OR ABOUT A PUBLIC PLACE OR PLACES OR **(3)** HE OR SHE ENGAGES IN THE COURSE OF CONDUCT OR REPEATEDLY COMMITS ACTS WHICH ALARM OR SERIOUSLY ANNOY SUCH OTHER PERSON AND SERVE NO LEGITIMATE PURPOSE.

*TO WIT:* THE SAID DEFENDANT(S) AT THE ABOVE SAID DATE AND TIME WHILE LOCATED AT 2289 OAK ORCHARD RD IN THE TOWN OF RIDGEWAY, COUNTY OF ORLEANS, STATE OF NEW YORK, DID: ENGAGE IN A REPEATED COURSE OF CONDUCT CONSISTIN OF, SENDING NON ESSENTIAL MESSAGES TO ONE DAVID BELLAVIA VIA APPCLOSE, WHICH DID ALARM AND SERIOUSLY ANNOY DAVID BELLAVIA. ALL AT A TIME WHEN THE DEFENDANT HAD BEEN PREVIOUSLY DIRECTED BY THE GENESEE COUNTY FAMILY COURT THAT COMMUNICATION WITH DAVID BELLAVIA IS LIMITED TO COMMUNICATION RELATIVE THEIR CHILDREN. THE DEFENDANT HAVING ALSO BEING TOLD REPEATEDLY BY DAVID BELLAVIA THAT THIS COMMUNICATION IS UNWANTED AND OF A HARASSING NATURE. SAID COMMUNICATION HAVING NO LEGITIMATE PURPOSE OTHER THAN TO HARASS AND ANNOY DAVID BELLAVIA.   ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASE MADE AND PROVIDED.

The above allegations of fact are made by the Complainant on direct knowledge and/or upon information and belief, with the sources of Complainant's information and the grounds for belief being:

☒ the facts contained in the attached SUPPORTING DEPOSITION(s) of DAVID BELLAVIA;
☐ a written statement made by the above-named Defendant, prepared by your Complainant in his/her official capacity as a Deputy Sheriff.

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. *(NYSPL §210.45)*

Affirmed under the penalty of perjury this
26 day of January, 2021

_____
Complainant

---

☐ Your Complainant requests that a warrant be issued for the above-named Defendant;
☐ an appearance ticket was issued to the above-named Defendant for the above offense(s), directing him/her to appear in the above-named criminal court on          at          a.m..;
☐ bail in the amount of $0.00 was received by          .

Page 1

# STATE OF NEW YORK – COUNTY OF ORLEANS
# TOWN COURT          TOWN OF RIDGEWAY

THE PEOPLE OF THE STATE OF NEW YORK          SUPPORTING DEPOSITION
AGAINST

Deanna M. King Aka Deanna M. Bellavia          GENERAL

### DEFENDANT

I    **David G. Bellavia Dob 11/10/1975 residing at 2289 Oak Orchard River Rd Waterport NY 14571**

BY THIS SUPPORTING DEPOSITION MAKE THE FOLLOWING ALLEGATION OF FACT IN CONNECTION WITH AN ACCUSATORY INSTRUMENT FILED, OR ABOUT TO BE FILED, WITH THIS COURT AGAINST THE ABOVE DEFENDANT.

That I currently reside at 2289 Oak Orchard River Rd in the Town of Ridgeway County of Orleans, State of New York and have since January of 2016. I am in the process of Divorce from my wife Deanna Bellavia, AKA Deanna King and currently have a pending case in the Genesee County Family Court as Deanna and my children reside in the city of Batavia. I filed for divorce in December of 2019 and around July of 2020 associates of mine who reside in Texas began receiving voicemails and messages on their social media accounts from Deanna that were of a harassing nature. The hundreds of communications over a three day period were essentially spreading malicious rumors and defaming me, threatening these people, even occurring at their place of work and contacting their work associates. In addition to this Deanna started to say untruthful and harassing statements about me that were solely intended to harass me on her blog CynicalMother. In addition to that a friend of Deanna's named Sandra (Betters) Nelson then sent an email to one of my associates in Texas and stated that I am a physical spouse abuser which was harassing in nature. On September 24, 2020 we appeared in Family Court in Genesee County and all of this harassment was presented to the court. The Judge ordered Deanna to stop immediately and an Order was drafted that stated that Deanna was not to communicate in any manner with myself, my coworkers, employer's websites, social media, fellow employees, Military supervisors, etc. The Court was clear that there was to be no direct contact and that we were only to communicate about the children via an app called "Appclose", as this was agreed upon previously. After that Deanna continued to harass me by using the Appclose app. Deanna continued her unrelenting harassment using the AppClose app by accusing me of an alleged affair and making allegations of physical abuse. She called me two times, leaving voicemail messages in direct violation of the order. In addition Deanna was attempting to extort me by threatening me that she's going to publicly expose things alleged in the divorce in an attempt to ruin my professional career if I don't settle our divorce on her terms. On December 10, 2020 we again appeared in Genesee County Family Court to address this continued campaign of harassment by Deanna and her non-compliance with the Court Order. At that time Judge Zambito reiterated on the record that Deanna and I are only to communicate on Appclose and only about the children. On January 5 of 2021, Deanna continuously messaged me on AppClose about new insurance cards. When I provided her with the information and instructions on how to obtain the information she needed about the insurance and even acknowledged that we have secondary insurance that she could have used in place of contacting me. At that time I received a call from my 13 year old son Aiden, and he said mom wants to talk to you. Not wanting to put my son in the middle of Deanna's continuing harassment, I remained on the line. Deanna came on the phone and started to go on about the insurance information that she was messaging me about on AppClose, even though I had already provided her the information via AppClose in a message. Deanna stated her already established displeasure over the insurance issue at hand. Deanna then went on to say "I don't care where you are or if you are with your girlfriend", and at that moment I hung up the phone. My phone immediately rang again showing my son Aiden's number and I just dismissed it. There was absolutely no purpose for the call other than for Deanna to harass me by making sarcastic and suggestive statements to me about where I was and who I was with. I have blocked Deanna"s number taking away her ability to call me from her own phone. This is why she circumvented the order again, this time using my son

VERIFICATION BY SUBSCRIPTION AND NOTICE
PENAL LAW SECTION 210.45

IT IS A CRIME, PUNISHABLE AS A CLASS A MISDEMEANOR UNDER THE LAWS OF THE STATE OF NEW YORK, FOR A PERSON, IN AND BY A WRITTEN INSTRUMENT, TO KNOWINGLY MAKE A FALSE STATEMENT, OR TO MAKE A STATEMENT WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE.

AFFIRMED UNDER PENALTY OF PERJURY THIS
14 DAY OF January 2021

DEPONENT

# STATE OF NEW YORK – COUNTY OF ORLEANS
# TOWN COURT          TOWN OF RIDGEWAY

THE PEOPLE OF THE STATE OF NEW YORK                    SUPPORTING DEPOSITION
AGAINST

Deanna M. King Aka Deanna M. Bellavia                  GENERAL
**DEFENDANT**

I   **David G. Bellavia Dob 11/10/1975 residing at 2289 Oak Orchard River Rd Waterport NY 14571**

BY THIS SUPPORTING DEPOSITION MAKE THE FOLLOWING ALLEGATION OF FACT IN CONNECTION WITH AN ACCUSATORY
INSTRUMENT FILED, OR ABOUT TO BE FILED, WITH THIS COURT AGAINST THE ABOVE DEFENDANT.

Aiden to call me on his phone. This non-essential messaging continued on to January 6 and Deanna then messaged me that she wants
me to follow NYS guidelines for rapid COVID testing before I travel in the future. She doesn't know my schedule or my travel
itinerary. She accused me of being in states I did not visit. She again used the AppClose messaging system with a similar basic
message on January 7 which I ignored. Later that evening Deanna continued harassing me again using AppClose by messaging me
about a water bill and clearly not about our children as directed by the Court. In addition Deanna began to message me again using
AppClose on January 8 about our adult son and was looking for me to pay for additional expenses not outlined in our current order. I
again told Deanna that the app was only to be used for information for the children and not for requesting additional money or for
continuous harassment. Our son Evan who she references in the message is soon to be 21 years of age  and capable of contacting me
directly if he needs money. When he did, I paid his bill as requested. Deanna repeatedly uses any excuse or situation to constantly
harass and annoy me. I have told her repeatedly not to have direct contact with me as ordered by Judge Zambito and only through the
AppClose app, only about our children. Deanna has continuously harassed me despite direct orders from Family Court not to do so. I
am requesting the Orleans County District Attorney's Office to investigate this matter and to prosecute Deanna to the fullest extent of
the law. In addition I am requesting an order of protection against Deanna. The above facts are true to the best of my memory and
knowledge.

VERIFICATION BY SUBSCRIPTION AND NOTICE
PENAL LAW SECTION 210.45

IT IS A CRIME, PUNISHABLE AS A CLASS A MISDEMEANOR UNDER THE LAWS OF THE STATE OF NEW YORK, FOR
A PERSON, IN AND BY A WRITTEN INSTRUMENT, TO KNOWINGLY MAKE A FALSE STATEMENT, OR TO MAKE A
STATEMENT WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE.

AFFIRMED UNDER PENALTY OF PERJURY THIS
14 DAY OF January, 2021

DEPONENT

## INCIDENT REPORT

| 1. Agency ORLEANS CO SHERIFF | 2. Div/Precinct | | 3. ORI NY0360000 | 5. Case No. 202100001 | 6. Incident No. 16750 |
|---|---|---|---|---|---|
| 7,8,9. Date Reported (Day, Date, Time) THURSDAY 01/14/2021 19:53 | 10,11,12. Occurred On/From (Day, Date, Time) WEDNESDAY 07/01/2020 10:24 | | | 13,14,15. Occurred To (Day, Date, Time) FRIDAY 01/08/2021 10:27 | |

| 16. Incident Type HARASSMENT-AGGRAVATED HARASSMENT | 17. Business Name . |
|---|---|

| 19. Incident Address (Street Name, Bldg. No., Apt. No.) 2289 OAK ORCHARD RIVER RD | | |
|---|---|---|
| 20. City/State/Zip WATERPORT NY NEW YORK 14571 | | |
| 21. Location Code (TSLED) RIDGEWAY TOWN 3757 | 23. No. of Victims 1 | 24. No. of Suspects 1 | 26. Victim also Complainant? No |
| Location Type SINGLE FAMILY HOME | | | |

| OFF. NO. | LAW | SECTION | SUB | PL | AT/AL | DEGREE | DESCRIPTION | CNT |
|---|---|---|---|---|---|---|---|---|
| 1. | PL | 240.26 | 03 | | V | 2 | C | HARASSMENT 2ND - ALARM OR SERIOUSLY ANNOY | 1 |
| 2. | PL | 240.30 | 02H | E | F | 2 | C | HATE CRIME/AGG HARASSMENT 2 -THREAT BY PHONE/NO LEGIT PU | 1 |

## ASSOCIATED PERSONS

| TYPE | Name (Last, First, Middle, Title) | DOB | Street Name, Bldg. No. | Res. Phone Bus. Phone |
|---|---|---|---|---|
| SUSPECT | BELLAVIA, DEANNA M | 04/23/1975 | 9 ALLANVIEW DR BATAVIA NY 14020 | |
| VICTIM | BELLAVIA, DAVID G | 11/10/1975 | 2289 OAK ORCHARD RIVER RD WATERPORT NY NY 14571 | |

## VICTIM

| Name | 27. DOB | 28. Age | 29. Gender | 30. Race | 31. Ethnicity | 32. Handicap | 33. Residence Status |
|---|---|---|---|---|---|---|---|
| BELLAVIA, DAVID G | 11/10/1975 | 44 | MALE | WHITE | NOT HISPANIC | NO | RESIDENT |

Victim DID receive information on Victim's Rights and Services pursuant to New York State Law ☐ Yes ☐ No

## SUSPECT

| Person ID # 24696 | 34. Type/No. SUSPECT | 35. Name (Last, First, Middle) BELLAVIA, DEANNA, M | | | |
|---|---|---|---|---|---|
| 37. Apparent Condition APPARENTLY NORMAL | | 38. Address (Street Name, Bldg., Apt. No., City, State, Zip) 9 ALLANVIEW DR  BATAVIA, NY 14020 | | | |
| 39a. Home Phone | 39b. Work Phone | 40. Social Security | 41. DOB 04/23/1975 | 42. Age 45 | 43. Gender FEMALE | 44. Race WHITE |
| 45. Ethnicity NOT HISPANIC | 46. Skin LIGHT | 47. Occupation PROFESSIONAL | | | |
| 48. Height 5 ft. 8 in. | 49. Weight 130 lbs. | 50. Hair BROWN | 51. Eyes BLUE | 52. Glasses | 53. Build NORMAL |
| 54. Employer/School | | | 55. Employer Address | | |
| 56. Scars/Marks/Tattoos /Description | | | | | |

| 36. Alias/Nickname/Maiden Name | | |
|---|---|---|
| Last Name | First Name | Middle Name |
| | | |

# NARRATIVE

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 01/15/2021 | 01/26/2021 | BLACK, COREY (INV) |

| Narrative |
|---|
| -Victim David Bellavia reports that he is in the process of being divorced from his wife Deanna Bellavia and has been living at 2289 Oak Orchard River Rd. in the Town of Ridgeway since January of 2016. Most recently David states that in December of 2019 he filed for divorce and that the matter is currently pending in Genesee County Family Court. david states that sometime around July of 2020 business associates of his in Texas began receiving harassing voicemails and messages on their social media accounts that were of a harassing nature and defaming to David. David also states that Deanna was additionally posting items on her blog that were of a harassing nature. David states that they appeared in Genesee County Family Court on September 24, 2020 and that the above stated harassment was presented to the Court. At that time an order was drafted that Deanna was not to communicate in any manner with any of David's coworkers, employers, military supervisors. In addition to that the only communication between David and Deanna was to be about the children and only via an app called "Appclose" that was previously agreed upon. David states that Deanna continued to harass him using the Appclose app by accusing him of having an affair and making allegations of physical abuse. David states that Deanna would message him and basically try and extort him by threatening to expose things that are alleged in the divorce in an attempt to ruin his professional career if he doesn't settle the divorce on her terms. David states that they were back in Genesee County family court on December 10, 2020 to re-address Deanna's continued harassment of himself and her continuous violation of the Courts order. At that time David states that the Court was clear that Deanna is only to communicate with David specifically about the children and only through Appclose. David states that he received repeated messages on Appclose from Deanna on January 5, 2021 about insurance cards that was not necessary as she acknowledged that there was secondary insurance in effect and it was simply a matter of Deanna having to call the insurance company, which she is authorized to do, and get the information she needed. David states that even after providing Deanna the information that she requested she then had their 13 year old son Aiden call David and then Deanna got on the phone harassing David about where he was and whom he was with. On January 6, 2021 David states that Deanna continued to harass him with messages on Appclose about NYS guidelines for COVID testing as it relates to his travel. David states that Deanna continued this harassment in a similar way on January 7, 2021 to include messages on Appclose about a water bill which was clearly not about the children. David states that on January 8, 2021 Deanna again continued to harass him about their adult son Evan looking for David to pay additional expenses that are not outlined in there current court order. David states that Deanna continues to use any excuse or situation that she can for a reason to contact him and harass him despite his repeated requests that she not contact him outside of direct information about the children. David states that even after direct orders from Family Court Deanna continues to use the Appclose app to harass and annoy him not solely for the purpose of communicating about essential information about the children. David whishes for Deanna to be charged with harassment for her conduct and also requests an order of protection. |
| -01/26/21 R/O (Reporting Officer - Inv Black) did complete information's charging Deanna Bellavia with the above listed charges and Town of Ridgeway Justice Kujawa signed an arrest warrant for Bellavia for said charges. R/O did speak to Deanna and then ultimately her Attorney Steve Sercu and made arrangements for Deanna to turn herself in on 1/27/21 at 1700 Hrs. |

# ADMINISTRATIVE

| 74. Inquiries | 75. NYSPIN Message No. | | 76. Complainant Signature | |
|---|---|---|---|---|
| 77. Reporting Officer Signature (Include Rank) | | 78. ID No. | 79. Supervisor Signature (Include Rank) | 80. ID |
| | | 132 | | 506 |
| INV COREY BLACK | | | INV JOSEPH SACCO | |
| 81. Status<br>PENDING INVESTIGATION | 82. Status Date<br>01/26/2021 | | 83. Notified/TOT | |

# Ridgeway Town Court

## 4062 Salt Works Road
## Medina, New York 14103

Joseph R. Kujawa
Town Justice

(585) 798-3282
(585) 318-4107

November 16, 2021

## 160.50 SEAL ORDER

**To:**
John Gavenda
Orleans County Asst. DA
13925 State Route 31
Albion, NY 14411

**Return Records To:**
Deanna M. Bellavia
A/k/a Deanna M. King
9 Allanview Drive
Batavia, NY 14020

*People of the State of New York versus:*
Deanna M. Bellavia
A/k/a Deanna M. King
9 Allanview Drive
Batavia, NY 14020

| Re. | Case No. | Statute/Section | Description | Ticket# | Disposition |
|-----|----------|-----------------|-------------|---------|-------------|
| | 21020007.01 | PL 240.30 02 | AGG HARASSMENT2 | | ACD |
| | 21020007.02 | PL 240.26 03 | HARASSMENT 2ND | | ACD |

|  |  |  |  |
|--|--|--|--|
| Date of Birth: | 04/23/1975 | JC501 no: | 69550175Q |
| Date of Arrest: | 01/27/2021 | NYSID no: | 15147650P |
| Date Adjudicated: | 05/17/2021 | | |
| Date Sealed: | 11/16/2021 | | |

The case captioned above was terminated in favor of the
defendant.

Pursuant to CPL 160.50 you are hereby ordered to follow all of
the steps outlined in the CPL 160.50 (1a, 1b and 1c) to seal and
return the appropriate records for the case cited above.

_____          11/17/2021
Justice                          Date

# Ridgeway Town Court
## 4062 Salt Works Road
### Medina, New York 14103

Joseph R. Kujawa
Town Justice

(585) 798-3282
(585) 318-4107

November 16, 2021

## 160.50 SEAL ORDER

**To:**
Orleans County Sheriff
13925 Route 31
Albion, NY 14411

**Return Records To:**
Deanna M. Bellavia
A/k/a Deanna M. King
9 Allanview Drive
Batavia, NY 14020

*People of the State of New York versus:*
Deanna M. Bellavia
A/k/a Deanna M. King
9 Allanview Drive
Batavia, NY 14020

| Re. Case No. | Statute/Section | Description | Ticket# | Disposition |
|---|---|---|---|---|
| 21020007.01 | PL 240.30 02 | AGG HARASSMENT2 | | ACD |
| 21020007.02 | PL 240.26 03 | HARASSMENT 2ND | | ACD |

|  |  |  |  |
|---|---|---|---|
| Date of Birth: | 04/23/1975 | JC501 no: | 69550175Q |
| Date of Arrest: | 01/27/2021 | NYSID no: | 15147650P |
| Date Adjudicated: | 05/17/2021 | | |
| Date Sealed: | 11/16/2021 | | |

The case captioned above was terminated in favor of the
defendant.

Pursuant to CPL 160.50 you are hereby ordered to follow all of
the steps outlined in the CPL 160.50 (1a, 1b and 1c) to seal and
return the appropriate records for the case cited above.

_____    11/17/2021
Justice                      Date

PLEA AUTHORIZATION _____ 5 / 17 , 20 21

PEOPLE v. DEANNA Bellavia

COURT: Ridgeway          JUDGE: Clow

COUNSEL: Sean Stevens PD___  ASSIGNED___  RETAINED X  NONE___

ORIGINAL CHARGES W/ SECTION NO          RECOMMENDATION W/ SECTION NO:

| ORIGINAL CHARGES W/ SECTION NO | RECOMMENDATION W/ SECTION NO: |
|---|---|
| PL 240.26 → | 6 Month ACD    or OP  |
| PL 240.30 → |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

____ PSI  ____ Alcohol Evaluation ____ Mental Health Evaluation

____ Maximum Fines _____ Minimum Fines ___ Domestic Violence

REASON(s): ____ Interests of Justice ____ Recommendation of

victim(s) and/or officer(s) ____ Conditioned upon plea to

offense in another court____ Problems with proof and /or

procedure and/or cooperation of witnesses

OTHER: # No Offensive Conduct OP of JR
       6.
_____
_____
_____

I have been apprised that I have the right to a jury trial, I have
the right to remain silent or testify, I have the right to
confront witnesses, I have the right to subpoena my own
witnesses and that I have the right to the assistance of an
attorney throughout these proceedings. I voluntarily waive these
rights and make this plea of my own free will, voluntarily and
without any threats or undue pressure.

I ALSO WAIVE MY RIGHT TO APPEAL?  YES X  NO ___

_____        _____
Defendant                      Defendant's Attorney

Sentence Date: _____ . Esq.
                       Orleans County District Attorney's Office
PEOPLE ARE READY       JOSEPH V. CARDONE, ESQ/
FOR TRIAL.             JOHN S. SANSONE, ESQ.
                       KATHERINE KERSCH BOGAN, ESQ.
                       SUSAN M. HOWARD, ESQ.

STATE OF NEW YORK                        RIDGEWAY TOWN COURT
ORLEANS COUNTY                            CRIMINAL PART

PEOPLE OF THE STATE OF NEW YORK

       VS.

DEANNA M. BELLAVIA;    dob: 04/23/1975,    Defendant

CASE NO: 21020007

## ADJOURNMENT IN CONTEMPLATION OF DISMISSAL

**Defendants Last Known Address:**
A/k/a Deanna M. King
9 Allanview Drive
Batavia, NY 14020

Original Charge(s)                      Amended Charges(s)

PL 240.30 02   AGG HARASSMENT2
PL 240.26 03   HARASSMENT 2ND

WHEREAS, the above named defendant was arraigned before the Court on 01/27/2021, upon an accusatory instrument charging the defendant with the offense(s) shown above.

WHEREAS, the Court is considering granting to said Defendant an adjournment in contemplation of dismissal pursuant to Section 170.55 of the Criminal Procedure Law of the State of New York in connection with said charge, AND

WHEREAS, the said Defendant hereby represents to the Court:
1) That she has never previously been granted an adjournment in contemplation of dismissal in any court in this state, AND
2) That the above statements are true to the best of the defendant's knowledge.

Defendant:   Deanna M. Bellavia          A/k/a Deanna M. King
                                      9 Allanview Drive

CONDITIONS OF ADJOURNMENT
During the period of adjournment ordered by the Court, herein, the Defendant shall observe the following conditions and directions.
1) Avoid any and all violations of the law.
2) Seek or work faithfully at work or school.
3) Shall complete 0.00 hours of community service.
4) Avoid any and all contact with David Bellavia.
5) Other conditions:none

Approved by: _____
         for Orleans County District Attorney

IT IS HEREBY ORDERED that the above charge(s) against the Defendant be adjourned to 11/13/2021 and, unless restored to the calendar by the Court prior to said date, the said charge(s) shall be dismissed on 11/13/2021.

Dated: The 17th day of May 2021

                                                   _____
                Hon. Joseph R. Kujawa, Justice

ORIGINAL

Order No: 2021-000009

NYSID No: _____

CJTN No: _____

PRESENT: Honorable Joseph Kujawa

At a term of the Ridgeway Town Court, County of Orleans, at the Courthouse at 4062 Salt Works Road, Medina, NY 14103, State of New York

**ORDER OF PROTECTION**
Family Offenses - C.P.L. 530.12

---

**PEOPLE OF THE STATE OF NEW YORK**
- against -

**Deanna M Bellavia** ,
Defendant

DOB: 04/23/1975

☐ Youthful Offender (check if applicable)

Part: DV        Case No.: ORLE-00095

Charges: PL 240.30 AM Aggravated Harassment-2nd, 1 count(s) of A Misd, 1 count(s) of Viol

Defendant Present in Court

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.

---

☒ TEMPORARY ORDER OF PROTECTION - Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of: adjournment in contemplation of dismissal]

☐ ORDER OF PROTECTION - Whereas defendant has been convicted of [specify crime or violation]:

And the Court having made a determination in accordance with section 530.12 of the Criminal Procedure Law,

IT IS HEREBY ORDERED that the above-named defendant Deanna M Bellavia (DOB: 04/23/1975) observe the following conditions of behavior:

[02]    Refrain from assault, stalking, harassment, aggravated harassment, menacing, reckless endangerment, strangulation, criminal obstruction of breathing or circulation, disorderly conduct, criminal mischief, sexual abuse, sexual misconduct, forcible touching, intimidation, threats, identity theft, grand larceny, coercion, unlawful dissemination or publication of intimate image(s) or any criminal offense against David G Bellavia (DOB: 11/10/1975);

IT IS FURTHER ORDERED that this order of protection shall remain in force until and including 11/13/2021, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.

DATED: 05/17/2021

☒ Defendant advised in Court of issuance and contents of Order

☐ Order to be served by other means [specify]: _____

☐ Warrant issued for Defendant

☒ Order personally served on Defendant in Court

Honorable Joseph Kujawa

(Defendant's signature)

☐ ADDITIONAL SERVICE INFORMATION [specify]:

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms and to bring him or her before the Court to face penalties authorized by law.

Federal law requires that this order be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with law sufficient to protect that person's rights (18 USC §§2265, 2266)

It is a federal crime to:
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S.C. 922(g)(8), §§922(g)(9), 2261, 2261A, 2262).

CCs:    David G Bellavia
        Orleans County Sheriff's Department

CR# 202100001

| | |
|---|---|
| **STATE OF NEW YORK :**<br>**TOWN COURT** | **COUNTY OF ORLEANS**<br>**TOWN OF RIDGEWAY** |

---

*People of the State of New York*

*vs.*

*Bellavia, Deanna, M.   Dob 4/23/75*
*Aka*
*King, Deanna, M.*

*INFORMATION*

---

BE IT KNOWN THAT, by this INFORMATION, that **Inv Corey Black**, as the Complainant herein, stationed at The Orleans County Major Felony Crime Task Force, 13925 Route 31, Albion, NY, 14411, accuses **Deanna M. Bellavia Aka Deanna M. King**, the above mentioned Defendant(s), with having committed the *MISDEMEANOR of AGGRAVATED HARASSMENT IN THE SECOND DEGREE*, in violation of **Section 240.30 Subdivision 2** of the PENAL Law of the State of New York.

That on or about the 5ᵗʰ day of January, 2021, at about 2:48 p.m. in the Town of Ridgeway, County of Orleans, New York, the Defendant(s) did commit the above offense.

*COUNT ONE:* A PERSON IS GUILTY OF AGGRAVATED HARASSMENT IN THE SECOND DEGREE WHEN, WITH INTENT TO HARASS, ANNOY, THREATEN OR ALARM ANOTHER PERSON HE OR SHE: **(1)** COMMUNICATES, OR CAUSES A COMMUNICATION TO BE INITIATED BY MECHANICAL OR ELECTRONICAL MEANS OR OTHERWISE, WITH A PERSON ANONYMOUSLY OR OTHERWISE BY TELEPHONE, OR BY TELEGRAPH, MAIL OR ANY OTHER FORM OF WRITTEN COMMUNICATION, IN A MANNER LIKELY TO CAUSE ANNOYANCE OR ALARM; OR **(2)** MAKES A TELEPHONE CALL, WHETHER OR NOT A CONVERSATION ENSUES, WITH NO PURPOSE OF LEGITIMATE COMMUNICATION; OR **(3)** STRIKES, SHOVES, KICKS, OR OTHERWISE SUBJECTS ANOTHER PERSON TO PHYSICAL CONTACT, OR ATTEMPTS OR THREATENS TO DO THE SAME BECAUSE OF THE RACE, COLOR, RELIGION OR NATIONAL ORIGIN OF SUCH PERSON; OR **(4)** COMMITS THE CRIME OF HARASSMENT IN THE FIRST DEGREE AND HAS PREVIOUSLY BEEN CONVICTED OF THE CRIME OF HARASSMENT IN THE FIRST DEGREE WITHIN THE PRECEEDING TEN YEARS.

*TO WIT:* THE SAID DEFENDANT(S) AT THE ABOVE SAID DATE AND TIME WHILE LOCATED AT 2289 OAK ORCHARD RD IN THE TOWN OF RIDGEWAY, COUNTY OF ORLEANS, STATE OF NEW YORK, DID: COMMIT THE OFFENSE OF AGGRAVATED HARASSMENT AFTER HAVING BEEN PREVIOUSLY DIRECTED MULTIPLE TIMES NOT TO CONTACT ONE DAVID BELLAVIA BY TELEPHONE. THE SAID DEFENDANT DID FROM HER SON AIDEN BELLAVIA'S TELEPHONE CONTACT DAVID BELLAVIA FOR THE SOLE PURPOSE OF HARASSING AND ANNOYING HIM. THE SAID DEFENDANT STATING HER DISPLEASURE FOR AN INSURANCE CARD ISSUE AND STATING " I DON'T CARE WHERE YOU ARE OR IF YOU ARE WITH YOUR GIRLFRIEND" ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASE MADE AND PROVIDED.

The above allegations of fact are made by the Complainant on direct knowledge and/or upon information and belief, with the sources of Complainant's information and the grounds for belief being:

☒ the facts contained in the attached SUPPORTING DEPOSITION(s) of DAVID BELLAVIA;
☐ a written statement made by the above-named Defendant, prepared by your Complainant in his/her official capacity as a Deputy Sheriff.

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. *(NYSPL §210.45)*

Affirmed under the penalty of perjury this
26 day of January, 2021

_____
Complainant

---

☐ Your Complainant requests that a warrant be issued for the above-named Defendant;
☐ an appearance ticket was issued to the above-named Defendant for the above offense(s), directing him/her to appear in the above-named criminal court on          at          a.m.;
☐ bail in the amount of $0.00 was received by          .

CR# 202100001

# STATE OF NEW YORK :
# TOWN COURT

# COUNTY OF ORLEANS
# TOWN OF RIDGEWAY

---

**People of the State of New York**

**vs.**

**Bellavia, Deanna, M.   Dob 4/23/75**
**Aka**
**King, Deanna, M.**

*INFORMATION*

---

BE IT KNOWN THAT, by this INFORMATION, that **Inv. Corey Black**, as the Complainant herein, stationed at The Orleans County Major Felony Crime Task Force, 13925 Route 31, Albion, NY, 14411, accuses **Deanna M. Bellavia aka Deanna M. King**, the above mentioned Defendant(s), with having committed the *VIOLATION of HARASSMENT IN THE SECOND DEGREE*, in violation of **Section 240.26 Subdivision 3** of the PENAL Law of the State of New York.

That on or about the 7th day of January, 2021, at about 4:17 a.m. in the Town of Ridgeway, County of Orleans, New York, the Defendant(s) did commit the above offense.

*COUNT ONE:* A PERSON IS GUILTY OF HARASSMENT IN THE SECOND DEGREE WHEN, WITH INTENT TO HARASS, ANNOY OR ALARM ANOTHER PERSON: (1) (S)HE STRIKES, SHOVES, KICKS OR OTHERWISE SUBJECTS SUCH OTHER PERSON TO PHYSICAL CONTACT OR ATTEMPTS OR THREATENS THE SAME. (2) HE OR SHE FOLLOWS A PERSON IN OR ABOUT A PUBLIC PLACE OR PLACES OR (3) HE OR SHE ENGAGES IN THE COURSE OF CONDUCT OR REPEATEDLY COMMITS ACTS WHICH ALARM OR SERIOUSLY ANNOY SUCH OTHER PERSON AND SERVE NO LEGITIMATE PURPOSE.

*TO WIT:* THE SAID DEFENDANT(S) AT THE ABOVE SAID DATE AND TIME WHILE LOCATED AT 2289 OAK ORCHARD RD IN THE TOWN OF RIDGEWAY, COUNTY OF ORLEANS, STATE OF NEW YORK, DID: ENGAGE IN A REPEATED COURSE OF CONDUCT CONSISTIN OF, SENDING NON ESSENTIAL MESSAGES TO ONE DAVID BELLAVIA VIA APPCLOSE, WHICH DID ALARM AND SERIOUSLY ANNOY DAVID BELLAVIA. ALL AT A TIME WHEN THE DEFENDANT HAD BEEN PREVIOUSLY DIRECTED BY THE GENESEE COUNTY FAMILY COURT THAT COMMUNICATION WITH DAVID BELLAVIA IS LIMITED TO COMMUNICATION RELATIVE THEIR CHILDREN. THE DEFENDANT HAVING ALSO BEING TOLD REPEATEDLY BY DAVID BELLAVIA THAT THIS COMMUNICATION IS UNWANTED AND OF A HARASSING NATURE. SAID COMMUNICATION HAVING NO LEGITIMATE PURPOSE OTHER THAN TO HARASS AND ANNOY DAVID BELLAVIA.  ALL CONTRARY TO THE PROVISIONS OF THE STATUTE IN SUCH CASE MADE AND PROVIDED.

The above allegations of fact are made by the Complainant on direct knowledge and/or upon information and belief, with the sources of Complainant's information and the grounds for belief being:

☒ the facts contained in the attached SUPPORTING DEPOSITION(s) of DAVID BELLAVIA;
☐ a written statement made by the above-named Defendant, prepared by your Complainant in his/her official capacity as a Deputy Sheriff.

In a written instrument, any person who knowingly makes a false statement which such person does not believe to be true has committed a crime under the laws of the State of New York punishable as a Class A Misdemeanor. *(NYSPL §210.45)*

Affirmed under the penalty of perjury this
26 day of January, 2021

_____
Complainant

---

☐ Your Complainant requests that a warrant be issued for the above-named Defendant;
☐ an appearance ticket was issued to the above-named Defendant for the above offense(s), directing him/her to appear in the above-named criminal court on        at        a.m.;
☐ bail in the amount of $0.00 was received by        .

# STATE OF NEW YORK – COUNTY OF ORLEANS
# TOWN COURT          TOWN OF RIDGEWAY

THE PEOPLE OF THE STATE OF NEW YORK          **SUPPORTING DEPOSITION**
AGAINST

Deanna M. King Aka Deanna M. Bellavia          **GENERAL**
**DEFENDANT**

I   David G. Bellavia Dob 11/10/1975 residing at 2289 Oak Orchard River Rd Waterport NY 14571

BY THIS SUPPORTING DEPOSITION MAKE THE FOLLOWING ALLEGATION OF FACT IN CONNECTION WITH AN ACCUSATORY INSTRUMENT FILED, OR ABOUT TO BE FILED, WITH THIS COURT AGAINST THE ABOVE DEFENDANT.

That I currently reside at 2289 Oak Orchard River Rd in the Town of Ridgeway County of Orleans, State of New York and have since January of 2016. I am in the process of Divorce from my wife Deanna Bellavia, AKA Deanna King and currently have a pending case in the Genesee County Family Court as Deanna and my children reside in the city of Batavia. I filed for divorce in December of 2019 and around July of 2020 associates of mine who reside in Texas began receiving voicemails and messages on their social media accounts from Deanna that were of a harassing nature. The hundreds of communications over a three day period were essentially spreading malicious rumors and defaming me, threatening these people, even occurring at their place of work and contacting their work associates. In addition to this Deanna started to say untruthful and harassing statements about me that were solely intended to harass me on her blog CynicalMother. In addition to that a friend of Deanna's named Sandra (Betters) Nelson then sent an email to one of my associates in Texas and stated that I am a physical spouse abuser which was harassing in nature. On September 24, 2020 we appeared in Family Court in Genesee County and all of this harassment was presented to the court. The Judge ordered Deanna to stop immediately and an Order was drafted that stated that Deanna was not to communicate in any manner with myself, my coworkers, employer's websites, social media, fellow employees, Military supervisors, etc. The Court was clear that there was to be no direct contact and that we were only to communicate about the children via an app called "Appclose", as this was agreed upon previously. After that Deanna continued to harass me by using the Appclose app. Deanna continued her unrelenting harassment using the AppClose app by accusing me of an alleged affair and making allegations of physical abuse. She called me two times, leaving voicemail messages in direct violation of the order. In addition Deanna was attempting to extort me by threatening me that she's going to publicly expose things alleged in the divorce in an attempt to ruin my professional career if I don't settle our divorce on her terms. On December 10, 2020 we again appeared in Genesee County Family Court to address this continued campaign of harassment by Deanna and her non-compliance with the Court Order. At that time Judge Zambito reiterated on the record that Deanna and I are only to communicate on Appclose and only about the children. On January 5 of 2021, Deanna continuously messaged me on AppClose about new insurance cards. When I provided her with the information and instructions on how to obtain the information she needed about the insurance and even acknowledged that we have secondary insurance that she could have used in place of contacting me. At that time I received a call from my 13 year old son Aiden, and he said mom wants to talk to you. Not wanting to put my son in the middle of Deanna's continuing harassment, I remained on the line. Deanna came on the phone and started to go on about the insurance information that she was messaging me about on AppClose, even though I had already provided her the information via AppClose in a message. Deanna stated her already established displeasure over the insurance issue at hand. Deanna then went on to say "I don't care where you are or if you are with your girlfriend", and at that moment I hung up the phone. My phone immediately rang again showing my son Aiden's number and I just dismissed it. There was absolutely no purpose for the call other than for Deanna to harass me by making sarcastic and suggestive statements to me about where I was and who I was with. I have blocked Deanna''s number taking away her ability to call me from her own phone. This is why she circumvented the order again, this time using my son

VERIFICATION BY SUBSCRIPTION AND NOTICE
PENAL LAW SECTION 210.45

IT IS A CRIME, PUNISHABLE AS A CLASS A MISDEMEANOR UNDER THE LAWS OF THE STATE OF NEW YORK, FOR A PERSON, IN AND BY A WRITTEN INSTRUMENT, TO KNOWINGLY MAKE A FALSE STATEMENT, OR TO MAKE A STATEMENT WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE.

AFFIRMED UNDER PENALTY OF PERJURY THIS
14 DAY OF January, 2021

**DEPONENT**

Page 2

# STATE OF NEW YORK – COUNTY OF ORLEANS
# TOWN COURT        TOWN OF RIDGEWAY

THE PEOPLE OF THE STATE OF NEW YORK
AGAINST

SUPPORTING DEPOSITION

Deanna M. King Aka Deanna M. Bellavia

GENERAL

**DEFENDANT**

I    **David G. Bellavia Dob 11/10/1975 residing at 2289 Oak Orchard River Rd Waterport NY 14571**

BY THIS SUPPORTING DEPOSITION MAKE THE FOLLOWING ALLEGATION OF FACT IN CONNECTION WITH AN ACCUSATORY
INSTRUMENT FILED, OR ABOUT TO BE FILED, WITH THIS COURT AGAINST THE ABOVE DEFENDANT.

Aiden to call me on his phone. This non-essential messaging continued on to January 6 and Deanna then messaged me that she wants
me to follow NYS guidelines for rapid COVID testing before I travel in the future. She doesn't know my schedule or my travel
itinerary. She accused me of being in states I did not visit. She again used the AppClose messaging system with a similar basic
message on January 7 which I ignored. Later that evening Deanna continued harassing me again using AppClose by messaging me
about a water bill and clearly not about our children as directed by the Court. In addition Deanna began to message me again using
AppClose on January 8 about our adult son and was looking for me to pay for additional expenses not outlined in our current order. I
again told Deanna that the app was only to be used for information for the children and not for requesting additional money or for
continuous harassment. Our son Evan who she references in the message is soon to be 21 years of age  and capable of contacting me
directly if he needs money. When he did, I paid his bill as requested. Deanna repeatedly uses any excuse or situation to constantly
harass and annoy me. I have told her repeatedly not to have direct contact with me as ordered by Judge Zambito and only through the
AppClose app, only about our children. Deanna has continuously harassed me despite direct orders from Family Court not to do so. I
am requesting the Orleans County District Attorney's Office to investigate this matter and to prosecute Deanna to the fullest extent of
the law. In addition I am requesting an order of protection against Deanna. The above facts are true to the best of my memory and
knowledge.

VERIFICATION BY SUBSCRIPTION AND NOTICE
PENAL LAW SECTION 210.45

IT IS A CRIME, PUNISHABLE AS A CLASS A MISDEMEANOR UNDER THE LAWS OF THE STATE OF NEW YORK, FOR
A PERSON, IN AND BY A WRITTEN INSTRUMENT, TO KNOWINGLY MAKE A FALSE STATEMENT, OR TO MAKE A
STATEMENT WHICH SUCH PERSON DOES NOT BELIEVE TO BE TRUE.

AFFIRMED UNDER PENALTY OF PERJURY THIS
14 DAY OF January, 2021

DEPONENT

**New York State DOMESTIC INCIDENT REPORT**

| Agency: OCMFCTF | A | ORI: 036013A | Incident #: 2021-00001 |
|---|---|---|---|

**Incident**

| Reported Date: 01/14/2021 | Time (24 hours): 1953 | Occurred Date: 01/05/2021 | Time (24 hours): 1448 | ☐ Officer Initiated ☐ Radio Run ☑ Walk-in ☐ ICAD (NYC) | Complaint #: |
|---|---|---|---|---|---|

Address (Street No., Street Name, Bldg. No., Apt No.): 2289 Oak Orchard River Rd

City, State, Zip:

**Victim (P1)**

Name (Last, First, M.I.) (Include Aliases): Bellavia David G

Address (Street No., Street Name, Bldg. No., Apt No.): 2289 Oak Orchard River Rd

City, State, Zip: Waterport NY 14571

How can we safely contact you? (i.e. Name, Phone, Email):

| DOB (mm/dd/yyyy): 11/18/1975 | Age: 45 | ☐ Female ☑ Male ☐ Self-Identified. |
|---|---|---|

Victim Phone Number: 202 309 3382

Language: English

☑ White ☐ Black ☐ Asian ☐ American Indian ☐ Other

☐ Hispanic ☑ Non Hispanic ☐ Unknown

☐ Other Identifier:

**Suspect (P2)**

Name (Last, First, M.I.) (Include Aliases): Bellavia Deanne N

Address (Street No., Street Name, Bldg. No., Apt No.): 9 Allanview Dr

City, State, Zip: Batavia NY 14020

| DOB (mm/dd/yyyy): 04/23/1978 | Age: 45 | ☑ Female ☐ Male ☐ Self-Identified. |
|---|---|---|

Suspect Phone Number: 505 415 5331

Language: English

☑ White ☐ Black ☐ Asian ☐ American Indian ☐ Other

☐ Hispanic ☑ Non Hispanic ☐ Unknown

☐ Other Identifier:

| Do suspect and victim live together? ☐ Yes ☑ No | Suspect/P2 present? ☐ Yes ☑ No | Was suspect injured? ☐ Yes ☑ No If yes describe: | Possible drug or alcohol use? ☐ Yes ☑ No | Suspect supervised? ☐ Probation ☐ Parole ☑ Not Supervised ☐ Status Unknown |
|---|---|---|---|---|

| Suspect (P2) Relationship to Victim (P1) ☑ Married ☐ Intimate Partner/Dating ☐ Formerly Married ☐ Former Intimate Partner ☐ Parent of Victim (P1) ☐ Child of Victim ☐ Relative ☐ Other: | Do the suspect and victim have a child in common? ☑ Yes ☐ No |
|---|---|

**Victim Interview**

Emotional condition of VICTIM? ☐ Upset ☐ Nervous ☐ Crying ☐ Angry ☑ Other: Normal

What were the first words that VICTIM said to the Responding Officers at the scene regarding the incident?
This Needs to stop

Did suspect make victim fearful? ☐ Yes ☑ No If yes, describe:

Weapon Used? ☐ Yes ☑ No ☐ Gun. ☐ Yes ☐ No Other, describe:

Access to Guns? ☐ Yes ☑ No If yes, describe:

Suspect Threats? ☐ Yes ☑ No If Yes, Threats to: ☐ Victim ☐ Child(ren) ☐ Pet ☐ Commit Suicide ☐ Other Describe:

**Suspect**

Injured? ☐ Yes ☑ No If yes, describe:

In Pain? ☐ Yes ☑ No If yes, describe:

Strangulation? ☐ Yes ☑ No ☐ Loss of Consciousness ☐ Urination/Defecation ☐ Red eyes/Petechia ☐ Sore Throat ☐ Breathing Changed ☐ Difficulty Swallowing Visible Marks? ☐ Yes ☐ No If yes, describe:

What did the SUSPECT say (Before and After Arrest)? Iam Callig the Medic

710.30 completed? ☐ Yes ☐ No

**Witnesses**

| Child/Witness (1) Name (Last, First, M.I.) DOB: | Child/Witness(1) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |
|---|---|---|---|

| Child/Witness (2) Name (Last, First, M.I.) DOB: | Child/Witness(2) Address (Street No., Name, Bldg./Apt) | City, State, Zip | Phone: |
|---|---|---|---|

**Incident Narrative**

Briefly describe the circumstances of this incident: ongoing Harassment / Aggravated Harassment

**Evid**

| DIR Repository checked? ☑ Yes ☐ No | Order of Protection Registry checked? ☑ Yes ☐ No | Order of Protection in effect? ☐ Yes ☑ No ☐ Refrain ☐ Stay Away |
|---|---|---|

| Evidence Present? ☑ Yes ☐ No | Photos taken: ☐ Victim Injury ☐ Suspect Injury | Other Evidence: ☐ Damaged Property ☐ Videos | Destruction of Property? ☐ Yes ☑ No |
|---|---|---|---|
| ☐ Other | | ☑ Electronic Evidence ☐ Other: | If yes, Describe: |

**Offense**

| Offense Committed? ☑ Yes ☐ No | Was suspect arrested? ☑ Yes ☐ No If no, explain: | Offense 1: 240.26 (S) | Law (e.g. PL): PC | Offense 2: 240.30(2) | Law (e.g. PL): PC |
|---|---|---|---|---|---|

POLICE COPY (Please make a copy for DA's office if appropriate)   NYS DOMESTIC AND SEXUAL VIOLENCE HOTLINE 1-800-942-6906   3221-03/2018 DC-IB Copyright © 2018 by NYS DC-IB

| Agency: OCMFCTF | B | ORI 036013A | Incident # 202100001 | Complaint # |
|---|---|---|---|---|

Describe Victim's prior domestic incidents with this suspect (Last, Worst, First):   None Reported

**Prior History**

If the Victim answers "yes" to any questions in this box refer to the NYS Domestic and Sexual Violence Hotline at 1-800-942-6906 or Local Domestic Violence Service Provider: ( ) _____

| Has Suspect ever: | | Is suspect capable of killing you or children? | ☐ Yes ☑ No |
|---|---|---|---|
| Threatened to kill you or your children? ☐ Yes ☑ No | | Is suspect violently and constantly jealous of you? | ☐ Yes ☑ No |
| Strangled or "choked" you? ☐ Yes ☑ No | | Has the physical violence increased in frequency or severity over the past 6 months? | |
| Beaten you while you were pregnant? ☐ Yes ☑ No | | | ☐ Yes ☑ No |

Is there reasonable cause to suspect a child may be the victim of abuse, neglect, maltreatment or endangerment? ☐ Yes ☑ No

If Yes, the Officer must contact the NYS Child Abuse Hotline Registry # 1-800-635-1522.

Was DIR given to the Victim at the scene? ☑ Yes ☐ No if NO, Why.        Was Victim Rights Notice given to the Victim? ☑ Yes ☐ No if NO, Why.

Signatures:

Reporting Officer (Print and Sign include Rank and ID#)    #532        Supervisor (Print and Sign include Rank and ID#)

## STATEMENT OF ALLEGATIONS/SUPPORTING DEPOSITION

* Officers are encouraged to assist the Victim in completing this section of the form.

Suspect Name (Last, First, M.I.)   Bellavia, Deanna, M

I _____ (Victim/Deponent Name) state that on ____/____/_____, (Date)

at _____ (Location of incident) in the County/City/Town/Village

_____ of the State of New York, the following did occur:

See  Supporting  Deposition  of  David  Bellavia

(Use additional page as needed)

**False Statements made herein are punishable as a Class A Misdemeanor, pursuant to section 210.45 of the Penal Law.**

| Victim/Deponent Signature | Date | |
|---|---|---|
| Witness or Officer Signature | Date | |
| Interpreter Signature and Interpreter Service Provider Name | Date | |

Interpreter Requested ☐ Yes ☐ No  Interpreter Used ☐ Yes ☐ No

*Note:* Whether or not this form is signed, this DIR Form will be filed with Law Enforcement.

Page ___ Of ___



UCS-517

# NEW YORK STATE COURTS
**Ridgeway Town Court, County of Orleans**
Court Address: 4062 Salt Works Road, Medina, New York 14103
Phone: (585) 798-3282 Fax: (585) 318-4107

The People of the State of New York

**Court Date Reminder Information**

vs.

Deanna M. Bellavia

Docket No. 21020007

By law, the court is required to offer you the opportunity to provide contact information and to receive reminders for your court date. Please provide your contact information as follows:

| Mobile Phone: 415-5331 | Home Phone: | Email Address: | | |
|---|---|---|---|---|
| Mailing Address | Street Address: A/k/a Deanna M. King 9 Allanview Drive Batavia | City: | State: NY | Zip: 14020 |

Please indicate how you prefer to be reminded of your court dates *(check one)*:

| ☑ Text Message | ☐ Email Message | ☐ Voice Call/Phone Message | ☐ Letter/U.S. Mail |
|---|---|---|---|

The court or a pretrial services agency will send you reminders for your court dates using the contact information you provided.  By signing this form, you are acknowledging that the contact information above is currently correct.  If your contact information changes, or if you want to change your reminder preference, you must notify the court as soon as possible.

You must appear for every scheduled court date as instructed by the judge even if you do not get a reminder.  If you do not appear for any court date, the judge can issue a warrant for your arrest, and you could be subject to additional charges or penalties under the law without further notice.

Dated: 5/17/2021

_____
Defendant's Signature

☐ Defendant declines to complete form _____
Defendant's Initials

| 1. Agency<br>ORLEANS CO SHERIFF | 2. Div/Precinct | | 3. ORI<br>NY0360000 | 5. Case No.<br>202100001 | 6. Incident No.<br>16750 |
|---|---|---|---|---|---|
| 7,8,9. Date Reported (Day, Date, Time)<br>THURSDAY 01/14/2021 19 53 | 10,11,12. Occurred On/From (Day, Date, Time)<br>WEDNESDAY 07/01/2020 10 24 | | | 13,14,15. Occurred To (Day, Date, Time)<br>FRIDAY 01/08/2021 10 27 | |

| 16. Incident Type | 17. Business Name |
|---|---|
| HARASSMENT-AGGRAVATED HARASSMENT | . |

**19. Incident Address (Street Name, Bldg. No., Apt. No.)**
2289 OAK ORCHARD RIVER RD

**20. City/State/Zip**
WATERPORT NY NEW YORK 14571

| 21. Location Code (TSLED)<br>RIDGEWAY TOWN 3757 | 23. No. of Victims<br>1 | 24. No. of Suspects<br>1 | 26. Victim also Complainant?<br>No |
|---|---|---|---|

**Location Type**
SINGLE FAMILY HOME

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | PL | 240 26 | 03 | | V | 2 | C | HARASSMENT 2ND - ALARM OR SERIOUSLY ANNOY | 1 |
| 2 | PL | 240 30 | 02H | E | F | 2 | C | HATE CRIME/AGG HARASSMENT 2 - THREAT BY PHONE/NO LEGIT P | 1 |

## ASSOCIATED PERSONS

| | Name/Address/Vehicle (Etc.) | DOB | Address/Vehicle (Etc.) | |
|---|---|---|---|---|
| SUSPECT | BELLAVIA, DEANNA M | 04/23/1975 | 9 ALLANVIEW DR<br>BATAVIA NY 14020 | |
| VICTIM | BELLAVIA, DAVID G | 11/10/1975 | 2289 OAK ORCHARD RIVER RD<br>WATERPORT NY NY 14571 | |

## VICTIM

| Name | 27. DOB | 28. Age | 29. Gender | 30. Race | 31. Ethnicity | 32. Handicap | 33. Residence Status |
|---|---|---|---|---|---|---|---|
| BELLAVIA, DAVID G | 11/10/1975 | 44 | MALE | WHITE | NOT HISPANIC | NO | RESIDENT |

Victim DID receive information on Victim's Rights and Services pursuant to New York State Law   ☐ Yes      ☐ No

## SUSPECT

| Person ID #<br>24696 | 34. Type/No.<br>SUSPECT | 35. Name (Last, First, Middle)<br>BELLAVIA, DEANNA, M | | | | |
|---|---|---|---|---|---|---|
| 37. Apparent Condition<br>APPARENTLY NORMAL | | 38. Address (Street Name, Bldg., Apt. No., City, State, Zip)<br>9 ALLANVIEW DR  BATAVIA, NY 14020 | | | | |
| 39a. Home Phone | 39b. Work Phone | 40. Social Security | 41. DOB<br>04/23/1975 | 42. Age<br>45 | 43. Gender<br>FEMALE | 44. Race<br>WHITE |
| 45. Ethnicity<br>NOT HISPANIC | 46. Skin<br>LIGHT | 47. Occupation<br>PROFESSIONAL | | | | |
| 48. Height<br>5 ft  8 in. | 49. Weight<br>130 lbs | 50. Hair<br>BROWN | 51. Eyes<br>BLUE | | 52. Glasses | 53. Build<br>NORMAL |
| 54. Employer/School | | | 55. Employer Address | | | |
| 56. Scars/Marks/Tattoos /Description | | | | | | |

**36. Alias/Nickname/Maiden Name**

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

01/27/2021  12:49:00

## NARRATIVE

| Date of Action | Date Written | Officer Name & Rank |
|---|---|---|
| 01/15/2021 | 01/26/2021 | BLACK, COREY (INV) |

| Narrative |
|---|
| -Victim David Bellavia reports that he is in the process of being divorced from his wife Deanna Bellavia and has been living at 2289 Oak Orchard River Rd. in the Town of Ridgeway since January of 2016. Most recently David states that in December of 2019 he filed for divorce and that the matter is currently pending in Genesee County Family Court. david states that sometime around July of 2020 business associates of his in Texas began receiving harassing voicemails and messages on their social media accounts that were of a harassing nature and defaming to David. David also states that Deanna was additionally posting items on her blog that were of a harassing nature. David states that they appeared in Genesee County Family Court on September 24, 2020 and that the above stated harassment was presented to the Court. At that time an order was drafted that Deanna was not to communicate in any manner with any of David's coworkers, employers, military supervisors. In addition to that the only communication between David and Deanna was to be about the children and only via an app called "Appclose" that was previously agreed upon. David states that Deanna continued to harass him using the Appclose app by accusing him of having an affair and making allegations of physical abuse. David states that Deanna would message him and basically try and extort him by threatening to expose things that are alleged in the divorce in an attempt to ruin his professional career if he doesn't settle the divorce on her terms. David states that they were back in Genesee County family court on December 10, 2020 to re-address Deanna's continued harassment of himself and her continuous violation of the Courts order. At that time David states that the Court was clear that Deanna is only to communicate with David specifically about the children and only through Appclose. David states that he received repeated messages on Appclose from Deanna on January 5, 2021 about insurance cards that was not necessary as she acknowledged that there was secondary insurance in effect and it was simply a matter of Deanna having to call the insurance company, which she is authorized to do, and get the information she needed. David states that even after providing Deanna the information that she requested she then had their 13 year old son Aiden call David and then Deanna got on the phone harassing David about where he was and whom he was with. On January 6, 2021 David states that Deanna continued to harass him with messages on Appclose about NYS guidelines for COVID testing as it relates to his travel. David states that Deanna continued this harassment in a similar way on January 7, 2021 to include messages on Appclose about a water bill which was clearly not about the children. David states that on January 8, 2021 Deanna again continued to harass him about their adult son Evan looking for David to pay additional expenses that are not outlined in there current court order. David states that Deanna continues to use any excuse or situation that she can for a reason to contact him and harass him despite his repeated requests that she not contact him outside of direct information about the children. David states that even after direct orders from Family Court Deanna continues to use the Appclose app to harass and annoy him not solely for the purpose of communicating about essential information about the children. David whishes for Deanna to be charged with harassment for her conduct and also requests an order of protection. |
| |
| -01/26/21 R/O (Reporting Officer - Inv Black) did complete information's charging Deanna Bellavia with the above listed charges and Town of Ridgeway Justice Kujawa signed an arrest warrant for Bellavia for said charges. R/O did speak to Deanna and then ultimately her Attorney Steve Sercu and made arrangements for Deanna to turn herself in on 1/27/21 at 1700 Hrs. |

## ADMINISTRATIVE

| 74. Inquiries | 75. NYSPIN Message No. | 76. Complainant Signature | |
|---|---|---|---|
| 77. Reporting Officer Signature (Include Rank) | | 78. ID No. | 79. Supervisor Signature (Include Rank) | 80. ID |
| | | 132 | | 506 |
| INV COREY BLACK | | | INV JOSEPH SACCO | |
| 81. Status<br>PENDING INVESTIGATION | | 82. Status Date<br>01/26/2021 | 83. Notified/TOT | |

01/27/2021  12:49:00

STATE OF NEW YORK. TOWN OF RIDGEWAY COURT
COUNTY OF ORLEANS CRIMINAL TERM, PART____

COPY

---

THE PEOPLE OF THE STATE OF NEW YORK

                -against-

Deanna M. Bellavia, Defendant

Case No.21020007
Order to Counsel in
Criminal Case

---

Hon. Joseph R. Kujawa

       The court, pursuant to an Administrative Order of the Chief Administrative Judge and in furtherance of the fair administration of justice, issues this order as both a reminder and a directive that counsel uphold their constitutional, statutory and ethical responsibilities in the above-captioned proceedings.

**To the Prosecutor:**

       The District Attorney and the Assistant responsible for the case, or, if the matter is not being prosecuted by the District Attorney, the prosecuting agency and its assigned representative, is directed to make timely disclosures of information favorable to the defense as required by *Brady v Maryland,* 373 US 83 (1963), *Giglio v United States,* 405 US 150 (1972), *People v Geaslen,* 54 NY2d 510 (1981), and their progeny under the United States and New York State constitutions, and pursuant to Criminal Procedure Law (CPL) article 245 and Rule 3.8(b) of the New York State Rules of Professional Conduct, as described hereafter.

   • The District Attorney and the Assistant responsible for the case have a duty to learn of such favorable information that is known to others acting on the government's behalf in the case, including the police, and should therefore confer with investigative and prosecutorial personnel who acted in this case and review their and their agencies' files directly related to the prosecution or investigation of this case.

   • Favorable information could include, but is not limited to:

   a) Information that impeaches the credibility of a testifying prosecution witness, including (i) benefits, promises, rewards or inducements, express or tacit, made to a witness by a law enforcement official or law enforcement victim services agency in connection with giving testimony or cooperating in the case; (ii) a witness's prior inconsistent statements, written or oral; (iii) a witness's prior convictions and uncharged criminal conduct; (iv) information that tends to show that a witness has a motive to lie to inculpate the defendant, or a bias against the defendant or in favor of the complainant or the prosecution; and (v) information that tends to show impairment of a witness's ability to perceive, recall, or recount relevant events, including impairment of that ability resulting from mental or physical illness or substance abuse.

b) Information that tends to exculpate, reduce the degree of an offense, or support a potential defense to a charged offense.

c) Information that tends to mitigate the degree of the defendant's culpability as to a charged offense, or to mitigate punishment.

d) Information that tends to undermine evidence of the defendant's identity as a perpetrator of a charged crime, such as a non-identification of the defendant by a witness to a charged crime or an identification or other evidence implicating another person in a manner that tends to cast doubt on the defendant's guilt.

e) Information that could affect in the defendant's favor the ultimate decision on a suppression motion.

• Favorable information shall be disclosed whether or not it is recorded in tangible form, and irrespective of whether the prosecutor credits the information.

• Favorable information must be timely disclosed in accordance with the United States and New York State constitutional standards, and in accordance with the timing provisions of CPL article 245. The prosecutor is reminded that the obligation to disclose is a continuing one. Prosecutors should strive to determine if favorable information exists. The prosecutor shall disclose the information expeditiously upon its receipt and shall not delay disclosure if it is obtained earlier than the time period for disclosure in CPL 245.10(1).

• A protective order may be issued for good cause pursuant to CPL 245.70 with respect to disclosures required under this order.

• Failures to provide disclosure in accordance with CPL article 245 are subject to the available remedies and sanctions for nondisclosures pursuant to CPL 245.80.

Only willful and deliberate conduct will constitute a violation of this order or be eligible to result in personal sanctions against a prosecutor.

**To Defense Counsel**

Defense counsel, having filed a notice of appearance in the above captioned case, is obligated under both the New York State and the United States Constitution to provide effective representation of defendant. Although the following list is not meant to be exhaustive, counsel shall remain cognizant of the obligation to:

a) Confer with the client about the case and keep the client informed about all significant developments in the case;

b) Timely communicate to the client any and all guilty plea offers, and provide reasonable advice about the advantages and disadvantages of such guilty plea offers and about the potential sentencing ranges that would apply in the case;

c) When applicable based upon the client's immigration status, ensure that the client receives competent advice regarding the immigration consequences in the case as required under *Padilla v Kentucky,* 559 US 356 (2010);

d)   Perform a reasonable investigation of both the facts and the law pertinent to the case (including as applicable, e.g., visiting the scene, interviewing witnesses, subpoenaing pertinent materials, consulting experts, inspecting exhibits, reviewing all discovery materials obtained from the prosecution, researching legal issues, etc.), or, if appropriate, make a reasonable professional judgment not to investigate a particular matter;

e)   Comply with the requirements of the New York State Rules of Professional Conduct regarding conflicts of interest, and when appropriate, timely notify the court of a possible conflict so that an inquiry may be undertaken or a ruling made;

f)   Possess or acquire a reasonable knowledge and familiarity with criminal substantive, procedural and evidentiary law to ensure constitutionally effective representation in the case; and

g)   When the statutory requirements necessary to trigger required notice from the defense are met (e.g., a demand, intent to introduce particular evidence, etc.), comply with the statutory notice obligations for the defense as specified in CPL 250.10, 250.20, and 250.30.

**So ordered.**

Dated: _____5/17/21_____        _____
                                              Judge or Justice

STATE OF NEW YORK   COUNTY OF ORLEANS        FEB 1 2 2021
JUSTICE COURT       TOWN OF RIDGEWAY

---

THE PEOPLE OF THE STATE OF NEW YORK

                                    **CERTIFICATE**
                                    **OF COMPLIANCE**
                                    CPL §245.50(1)

         -against-

DEANNA M. BELLAVIA,

                        Defendant.

---

**JOHN C. GAVENDA**, a duly licensed and practicing attorney of the State of New York, certifies
as follows:

1.  That I am an (Assistant) District Attorney of Orleans County, New York, and that in such
    capacity I am familiar with the facts and circumstances of this action.

2.  That this certification is made upon information and belief, the source of information and
    the basis for belief being an examination of the files maintained by the District Attorney's
    Office and communications with involved law enforcement personnel.

3.  That after exercising due diligence and making **good faith efforts and** reasonable
    inquiries to ascertain the existence of material and information subject to discovery under
    CPL §245.20(1), the People**: [1]** have disclosed and made available to the defendant all
    such material and information that is known and is in the People's possession, custody, or
    control**; and, [2] pursuant to CPL §245.20(2), have made a diligent, good faith effort**
    **and reasonable inquiries to cause such material and information to be available for**
    **discovery where it exists but is not within the People's possession, custody, or control.**

4.  That attached hereto is a "CPL 245 Compliance Checklist" enumerating those items and
    that information which have been disclosed to the defendant and/or which are available
    for the defendant to further inspect, copy, photograph, and test upon request.

5.  That the items and information enumerated in the attached "CPL 245 Compliance
    Checklist" under various categories constitute the entirety of all such items and
    information under such categories known to the People unless subject to a CPL §245.70
    protective order **or unless additional such material and information is enumerated**
    **below in this Certificate.**

6.  That all law enforcement officers and non-law enforcement witnesses enumerated **below,**
    on the attached "CPL 245 Compliance Checklist" **and/or in any other attached**
    **document** may be called as witnesses.

    1. David Bellavia
    2. Investigator Corey Black
    3. Investigator Eric Harling

7. That the People intend to use at any pre-trial hearing(s) or during a trial all tangible property and all tapes or other electronic recordings enumerated **below,** in the attached "CPL 245 Compliance Checklist" **and/or in any other attached document**.

_____
_____
_____.

8. That the Grand Jury Transcripts of all persons who testified before the grand jury:

☐ have been provided to the defendant.
☐ have been ordered and will be provided to the defendant as soon as practicable upon their receipt by the People.
☒ (Not applicable).

9. That "rap sheets" and information on any criminal actions pending against witnesses:

☒ have been provided to the defendant.
☐ have been sought and none have been found.

10. That reports, documents, records, data, calculations, or writings concerning physical or mental examinations or scientific tests or experiments or comparisons made by persons the People intend to call as a witness:

☐ do not exist and will not be created.
☐ have been provided to the defendant.
☒ do not exist. The People have not determined whether such will be made in the future.
☐ have been requested from _____ and will be provided to the defendant as soon as practicable upon their receipt by the People.

11. That information and documents regarding promises, rewards, and inducements made to or in favor of persons who may be called as witnesses, as well as requests for consideration for same:

☐ have been provided to the defendant.
☒ do not exist.

12. That a copy of all electronically created or stored information seized or obtained by or on behalf of law enforcement in connection with this case:

☐ does not exist as no information was seized.
☐ has been provided to the defendant.
☐ has been requested from _____ and will be made available to the defendant as soon as practicable upon its receipt by the People.
☒ has been provided to the defendant with the exception of the 911 audio and law enforcement car to car communication, which will be made available upon request.

13. That the People have moved for a CPL §245.70 protective order for the following types of materials:

☒ none.                          ☐ witness statements.
☐ witness contact info.          ☐ identity of C.I.
☐ grand jury testimony.          ☐ police reports.
☐ electronic recordings.         ☐ "cooperation agreements."
☐ other: _____

14. **That all counts charged in local criminal court accusatory instruments:**

☒ **meet the requirements of CPL §100.15 and CPL §100.40.**
☐ **(Not applicable).**

15. That the People are ready for trial as the case exists in its current state.

Nevertheless, the People intend to continue investigating the matter and any materials created or received as part of that continued investigation will be made available to the defendant as soon as practicable.

DATED: Feb. 1 , 2020
       Ridgeway, New York

_____
JOHN C. GAVENDA
(ASSISTANT) DISTRICT ATTORNEY

To: Hon: JOSEPH KUJAWA

# CPL 245.20 COMPLIANCE CHECKLIST

**Case Number(s):** 202100001     **Defendant's Name:** Deanna Bellaviva

**Co-Def's Name(s) and attach separate checklist** _____

## Indicate whether the below documents/information exist by checking Y or N

| Document | Y/N | Document | Y/N | Document | Y/N |
|---|---|---|---|---|---|
| Accusatory Instruments/UTTs | Ⓨ N | 710.30 Notices | Y Ⓝ | Suicide Screening Form | Y Ⓝ |
| Supporting Deposition(s) | Ⓨ N | Arrest Report | Ⓨ N | Lab Submission Form/Evid Prop Rec | Y Ⓝ |
| Appearance Ticket (DAT) | Ⓨ N | D.I.R. | Ⓨ N | Lab Report | Y Ⓝ |
| Def fingerprinted | Ⓨ N | Accident/Recon. Report | Y Ⓝ | Use of Force Form | Y Ⓝ |
| CAD Abstract/Job Card | Ⓨ N | Handwritten Notes | Y Ⓝ | Incident Report/Narrative | Ⓨ N |
| 911 Calls/Radio Dispatch | Y Ⓝ | Medical Release(s) | Y Ⓝ | Abuse Hotline Form | Y Ⓝ |
| Consent to Search Form | Y Ⓝ | Show Up / Photo Array(s) | Y Ⓝ | Crime Scene Logs | Y Ⓝ |
| Operation Orders | Y Ⓝ | Gen'l Orders/ SOPs | Y Ⓝ | | |

### VEHICULAR / VTL 1192 CRIMES

| | Y/N | | Y/N | | Y/N |
|---|---|---|---|---|---|
| DWI BOP/Long Form | Y N | DWI Notes/SFST Notes | Y N | Refusal Form | Y N |
| Breath Test Printout | Y N | Breath Test Pre-Test Checklist | Y N | Breath Test Checklist | Y N |
| Blood Draw Consent | Y N | Blood Draw Report | Y N | DRE Report/DRE Notes/Forms | Y N |
| Certificates of Calibration | Y N | Simulator Solution Cert. | Y N | PBT Certifications | Y N |
| Weekly Calibration Tests | Y N | | Y N | | Y N |

### EVIDENCE/PROPERTY SEIZED:

| | Y/N | | Y/N | | Y/N |
|---|---|---|---|---|---|
| Property Seized | Y Ⓝ | Property Custody Report | Y Ⓝ | Property Custody Receipt | Y Ⓝ |
| Vehicle Tow Report | Y Ⓝ | Vehicle Impound/Inventory | Y Ⓝ | Surveillance Video (non-LE) | Y Ⓝ |
| BWC Recordings | Y Ⓝ | Interview Room Recording | Y Ⓝ | Photos | Y Ⓝ |
| Chain of Custody/PCR | Y Ⓝ | Radar/Laser Certificates | Y Ⓝ | Search Warrant/Applic/Return | Y Ⓝ |

**Other Evidence :** _____

| EVIDENCE/CONTRABAND | LOCATION:  INDICATE WHETHER THE ITEM WAS ON THE D'S PERSON, WHERE SPECIFICALLY FOUND OR ABANDONED? |
|---|---|
| | |
| | |
| | |
| | |

☐ Check box if attached sheet with additional evidence/property information.

Vere electronic devices (cell phone, computer, tablet, etc.) seized during the course of this investigation? Y Ⓝ

Vas it downloaded or forensically examined and by whom: _____

s information attached: Y  N

)ther _included_ or _existing_ materials: _____

_ist any materials _not_ turned over to District Attorney and why: _____

**.EO = Law Enforcement Officer**     **D = Defendant**     **V = Victim**

### itatement of Defendant– CPL § 245.20(a):

| | Y/N | | Y/N | | Y/N |
|---|---|---|---|---|---|
| Written Statement | Y Ⓝ | Recorded Statement (Cell/BWC/Int Rm.) | Y Ⓝ | Controlled Call(s) | Y Ⓝ |
| Oral Statement | Y Ⓝ | Waiver/Miranda Form(s)/Card(s) | Y Ⓝ | 710.30 Notices | Y Ⓝ |
| | | Show Up / Photo Array(s) | Y Ⓝ | | |

ID _ALL_ LEOs who secured D's Statement(s): _____

## WITNESSES:

**Non- LE Witnesses - CPL §245.20(1)(c); §245.20(1)(d); 245.20(1)(K)** - who have evidence or information relevant to the charges or potential defenses to charges:  (Do not include name of Cis in this section)

| NAME | PREFERRED CONTACT INFORMATION | SECURED SUPPORTING DEPOSITION<br>Y   N<br>☐ATTACH COPIES | WAS ORDER OF PROTECTION ISSUED?<br>Y   N | INDICATE WHETHER V OR W WANTS HOME ADDRESS PROVIDED TO D OR D COUNSEL<br>Y   N | SECURED V or W'S VIDEO/ AUDIO/SURVEILLANCE/ TEXT MESSAGES/ PHOTOS/DRAWINGS<br>Y   N<br>☐ATTACH COPIES |
|---|---|---|---|---|---|
| David Bellavia | (202)309-3382 | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

☐ Check box if sheet is attached with additional witnesses

☐ Check box if LEO is requesting DA/ADA to seek an order protecting witness identification/information and ID such witnesses.

Was a confidential informant used during this investigation?   Y   Ⓝ

E Witnesses - CPL §240.20(d)) - who have evidence or information relevant to the charges or potential defenses to charges(Do ot include name of undercover police officer in this section):

| Name | Agency | Vid./Photo/Aud. | Name | Agency | Vid./Photo/Aud. |
|---|---|---|---|---|---|
| Corey Black | OCMFCTF | Y Ⓨ | Y Ⓨ | Y Ⓨ | | | Y N | Y N | Y N |
| | | Y N | Y N | Y N | | | Y N | Y N | Y N |
| | | Y N | Y N | Y N | | | Y N | Y N | Y N |
| | | Y N | Y N | Y N | | | Y N | Y N | Y N |

☐ Check box if attached sheet with additional witnesses.

Was an undercover police officer used during the investigation? Y   Ⓝ

xculpatory (Brady) Materials:  CPL §245.20(1)(k)  Yes   No  If yes, explain: _____

_____

_____

Corey Black _____, certify that, after exercising due diligence and making all reasonable inquiries to ascertain the xistence of material and information subject to discovery, has disclosed and made available all known material and information ubject to discovery.

eporting/Arresting Officer: Inv. Corey Black _____   Signature Corey Black _____   Date: 2/1/21

☐ Check box if records of calibration, certification, inspection, repair, or maintenance records of any machine or nstrument used to perform any scientific test(s) and experiment(s) from six months prior and six months after he test was conducted are required.  Provide serial or identification number of any laser/radar sed: _____

STATE OF NEW YORK      COUNTY OF ORLEANS
JUSTICE COURT          TOWN OF RIDGEWAY

_____

THE PEOPLE OF THE STATE OF NEW YORK

**STATEMENT OF READINESS**
CPL §245.50(3)
CPL §30.30

-against-

DEANNA M. BELLAVIA,

                              Defendant.

_____

STATE OF NEW YORK)
        ) SS.:
COUNTY OF ORLEANS)

        (Assistant) District Attorney, **JOHN C. GAVENDA,** hereby states that, by Information/Complaint dated January 27, 2021 the defendant was charged with Aggravated Harassment in the Second Degree and Harassment in the Second Degree, et al, and let it be known that the People announce for the record that the **PEOPLE ARE READY FOR TRIAL,** and by the filing of this statement with the Court and the attached Certificate of Compliance, the People so state.

DATED: Feb 1 , 2021

                                      _____
                                      **JOHN C. GAVENDA**
                                      (ASSISTANT) DISTRICT ATTORNEY

To: Hon. JOSEPH KUJAWA

**UNIFORM APPEARANCE TICKET**                                    Orleans County

The People of the State of New York                    CR No. 202100001

vs. Deanna M. Bellavia

| **DEFENDANT INFORMATION** | | | |
|---|---|---|---|
| DOB: | Sex: | Race: | |
| 04 / 23 / 1975 | ☐ Male ☑ Female ☐ Other | ☑ White ☐ Black ☐ Hispanic ☐ Asian ☐ Native American ☐ Other | |

**Residential Address:**
Street No: 9    Street Name: Allanview Drive    City: Batavia
State: New York    Zip Code: 14020

**Mailing Address (If Different):**
Street No: _____    Street Name: _____    City: _____
State: _____    Zip Code: _____

Home Phone: _____ | Cell Phone: (585) 415-5331 | Email Address: DKing.IHeartMedic @ Gmail.Com

Preferred method of notification: ☑ Text    ☐ Email    ☐ Phone    ☐ Mail    ☐ None    ☐ Refused

**CHARGES**

The following criminal charges have been made against you:

| | |
|---|---|
| 1. Harassment in the Second Degree 240.26(3) | 2. Aggravated Harassment in the Second Degree 240.30(2) |
| 3. | 4. |
| 5. | 6. |
| 7. | 8. |

**COURT DATE**

You are hereby directed to appear in court to answer the charge(s) as follows:

Court: Town of Ridgeway- 4062 Salt Works Rd. Medina, NY 14103

Date to Appear: 03 / 22 / 2021    Write Court Name and Address above if handwritten

Time to Appear: 9 : 00 ☑ AM ☐ PM

If you do not appear to answer the above charges, a warrant may be issued for your arrest, and you may face additional charges that could subject you to a fine, imprisonment or both if you are convicted.
    NOTICE: You are advised to consult an attorney as soon as possible regarding this matter.

**ACKNOWLEDGEMENT OF DEFENDANT:** I have received a copy of this Uniform Appearance Ticket, and I agree to appear in court as directed above.

K _____
Signature of Defendant

1 / 27 / 2021    16 : 51  ☐ AM ☐ PM
Date    Time

☐ Defendant Refused to Sign

**ARRESTING AGENCY**

Police Agency:
ORLEANS COUNTY MAJOR FELONY CRIME TASK FORCE 13925 NY-31 #300, Albion
    Write Agency above if handwritten
    Rank: Investigator    Shield: 532

Arresting Officer: Black

_____  1 / 27 / 2021
Signature of Issuing Officer    Date

Order No. — — ... At Vernon E. Ridgeway Town Court, County of Orleans, at the Courthouse at 300 Park
NYSID No: _____    Works Road, Medina, NY 14103, State of New York
CJTN No: _____

PRESENT: Honorable Frederick A. Root

**ORDER OF PROTECTION**
Family Offenses - C.P.L. 530.12

**PEOPLE OF THE STATE OF NEW YORK**
- against -

**Deanna M Bellavia ,**
Defendant

☐ Youthful Offender (check if applicable)

Part: DV          Case No.: ORLE-00095

Charges: PL 240.30 AM Aggravated Harassment-2nd, 1 count(s) of A Misd, 1 count(s) of Viol

DOB: 04/23/1975

Defendant Present in Court

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL A NEW DATE SET BY THE COURT.

THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER.

☒ **TEMPORARY ORDER OF PROTECTION** - Whereas good cause has been shown for the issuance of a temporary order of protection
[as a condition of: recognizance]

☐ **ORDER OF PROTECTION** - Whereas defendant has been convicted of [specify crime or violation]:

And the Court having made a determination in accordance with section 530.12 of the Criminal Procedure Law,

IT IS HEREBY ORDERED that the above-named defendant Deanna M Bellavia (DOB: 04/23/1975) observe the following conditions of behavior:

[99]     Observe such other conditions as are necessary to further the purposes of protection: David G Bellavia (DOB: 11/10/1975) Must follow all laws and remain arrest free;

IT IS FURTHER ORDERED that this order of protection shall remain in force until and including 01/27/2022, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.
DATED: 01/27/2021

☒ Defendant advised in Court of issuance and contents of Order.

☐ Order to be served by other means [specify]: _____

☐ Warrant issued for Defendant

☒ Order personally served on Defendant in Court

_____
Honorable Frederick A. Root

_____
(Defendant's signature)

☐ **ADDITIONAL SERVICE INFORMATION** [specify]: _____

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms and to bring him or her before the Court to face penalties authorized by law.
Federal law requires that this order be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 USC §§2265, 2266).
It is a federal crime to:
• cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
• buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S.C. 922(g)(8), §§922(g)(9), 2261, 2261A, 2262).

*Vacated 2/3/21*

ORI No.: NY0501213 · · · · · Criminal Form 1 1/2020

Centralized Arraignment Court

County of Orleans, State of New York

Sheriff File Number – 21000213
Docket #:  ORLE-00095
Court Date: N/A
Entered into NYSPIN: 04/30/2021

| People of the State of New York | Affidavit of Service |
|---|---|
| vs. | Order of Protection |
| Deanna Bellavia | |

State of New York - County of Orleans        SS:

I, Correction Officer Lieutenant Michael Christopher, Badge #316 being duly sworn, deposes and says: that she is not a party to this action, is over 18 years of age and is a resident of the state of New York.  That on 1/27/2021 at 8:00 PM, at 26 South Platt Street, Orleans County Jail, Albion, NY 14411, deponent served the within Order of Protection on Deanna Bellavia, the defendant named therein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with Deanna Bellavia personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein      .

NON-MILITARY

At the time of service Deanna Bellavia was asked if in the Military Service of the U.S. Government and Deanna Bellavia replied N/A.

DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Brown, Gender:  Female Height: 5' 8" Weight: 130 Age: 45

SERVICE ATTEMPTS

Sworn to before me on
May 7, 2021
Notary Public
Nicole L Spohr

LT Michael David Christopher #316
Michael Christopher            316
Correction Officer Lieutenant   Badge Number

NICOLE L. SPOHR
Notary Public, State of New York
No. 01SP6313305
Qualified in Orleans County
Commission Expires 10/20/2022

© SoftCode, Inc.  NY_Orleans_POS_AffidavitPS

ORI No:   NY0361213
Order No:   2021-000004
NYSID No:   _____
CJTN No:   _____

PRESENT:   Honorable Frederick A. Root
_____

**Criminal Form 1 1/2020**

At a term of the Ridgeway Town Court, County of Orleans, at the Courthouse at 4062 Salt Works Road, Medina, NY 14103, State of New York

**ORDER OF PROTECTION**
Family Offenses - C.P.L. 530.12

**PEOPLE OF THE STATE OF NEW YORK**
- against -

Deanna M Bellavia ,
Defendant

DOB:  04/23/1975

☐ Youthful Offender (check if applicable)

Part: DV          Case No.:  ORLE-00095

Charges: PL 240.30 AM Aggravated Harassment-2nd, 1 count(s) of A Misd, 1 count(s) of Viol

Defendant Present in Court

**NOTICE:  YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL A NEW DATE SET BY THE COURT.**

**THIS ORDER OF PROTECTION WILL REMAIN IN EFFECT EVEN IF THE PROTECTED PARTY HAS, OR CONSENTS TO HAVE, CONTACT OR COMMUNICATION WITH THE PARTY AGAINST WHOM THE ORDER IS ISSUED. THIS ORDER OF PROTECTION CAN ONLY BE MODIFIED OR TERMINATED BY THE COURT. THE PROTECTED PARTY CANNOT BE HELD TO VIOLATE THIS ORDER NOR BE ARRESTED FOR VIOLATING THIS ORDER .**

☒  **TEMPORARY ORDER OF PROTECTION** - Whereas good cause has been shown for the issuance of a temporary order of protection [as a condition of: recognizance]

☐  **ORDER OF PROTECTION** - Whereas defendant has been convicted of [specify crime or violation]:

    And the Court having made a determination in accordance with section 530.12 of the Criminal Procedure Law,

**IT IS HEREBY ORDERED** that the above-named defendant Deanna M Bellavia (DOB: 04/23/1975) observe the following conditions of behavior:

[14]   Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other electronic or any other means with David G Bellavia (DOB: 11/10/1975) Except for Appclose;

[99]   Observe such other conditions as are necessary to further the purposes of protection: David G Bellavia (DOB: 11/10/1975) Must follow all laws and remain arrest free;

**IT IS FURTHER ORDERED** that this order of protection shall remain in force until and including 01/27/2022, but if you fail to appear in court on this date, the order may be extended and continue in effect until a new date set by the Court.

DATED: 01/27/2021

Honorable Frederick A. Root

☒ Defendant advised in Court of issuance and contents of Order.
☐ Order to be served by other means [specify]: _____
☐ Warrant issued for Defendant
☒ Order personally served on Defendant in Court       _____
                                                                    (Defendant's signature)

☐ **ADDITIONAL SERVICE INFORMATION [specify]:** _____

The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms and to bring him or her before the Court to face penalties authorized by law.

Federal law requires that this order be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if the person against whom the order is sought is an intimate partner of the protected party and has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 USC §§2265, 2266).

It is a federal crime to:

 • cross state lines to violate this order or to stalk, harass or commit domestic violence against an intimate partner or family member;
 • buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition while this Order remains in effect (Note: there is a limited exception for military or law enforcement officers but only while they are on duty); and
 • buy, possess or transfer a handgun, rifle, shotgun or other firearm or ammunition after a conviction of a domestic violence-related crime involving the use or attempted use of physical force or a deadly weapon against an intimate partner or family member, even after this Order has expired. (18 U.S.C. 922(g)(8), §§922(g)(9), 2261, 2261A, 2262).

01/27/2021 19:55 FAX 585 589 2510     Town of Barre                    ☐ 001

ORDER OF PROTECTION - FAMILY OFFENSES CPL 530.12     FORM 284  (Rev. 10/02)     WILLIAMSON LAW BOOK CO, VICTOR, NY 14564

ORI No: _NY030212J_
Order No: _2021-0XXXX_        At a term of the _JUSTICE_ Court, County of _ORLEANS_
NYSID No: _____        at the Courthouse at _14317  W BARRE  RD ALBION_ State of New York

                                        **ORDER OF PROTECTION**
                                        Family Offenses - C.P.L. 530.12
PRESENT: Hon. _F A   ROOT_              Other Domestic Violence Crimes - C.P.L. 530.12 ²
                                        ☐ Youthful Offender (check if applicable)
*People of the State of New York*       Part: _____ Index/Docket No: _ORLE-0XXX5_
                                        Indictment No., if any: _____
         against                        Charges: _____

                                        ☐ Ex Parte
_DEANNA BELLAVIA_ Defendant             ☒ Defendant Present in Court
                  Date of Birth: _4-23-1975_     (check one)

                                        RCVD SHERIFF ORLEANS CTY
                                        2021 APR 29 PM3:29

NOTICE: YOUR FAILURE TO OBEY THIS ORDER MAY SUBJECT YOU TO MANDATORY ARREST AND CRIMINAL PROSECUTION WHICH MAY RESULT IN YOUR INCARCERATION FOR UP TO SEVEN YEARS FOR CONTEMPT OF COURT. IF THIS IS A TEMPORARY ORDER OF PROTECTION AND YOU FAIL TO APPEAR IN COURT WHEN YOU ARE REQUIRED TO DO SO, THIS ORDER MAY BE EXTENDED IN YOUR ABSENCE AND CONTINUE IN EFFECT UNTIL YOU REAPPEAR IN COURT.

☒ TEMPORARY ORDER OF PROTECTION - Whereas good cause has been shown for the issuance of a temporary order of protection | as a condition of ☐ recognizance ☐ release on bail ☐ adjournment in contemplation of dismissal |
☐ ORDER OF PROTECTION - Whereas defendant has been convicted of [ specify crime or violation ]: _____

And the Court having made a determination in accordance with section CPL 530.12 or 530.13 of the Criminal Procedure Law,
IT IS HEREBY ORDERED that the above-named defendant observe the following conditions of behavior:
[Check applicable paragraphs and subparagraphs]:

[01] ☐ Stay away from [ A ] ☐ [ name(s) of protected person(s) or witness(es)]: _DAVID BELLAVIA_ and/or from the
      [ B ] ☐ home of _____ , [ C ] ☐ school or _____ ,
      [ D ] ☐ business of _____ , [ E ] ☐ place of employment of _____ ,
      [ F ] ☐ other _____

[14] ☒ Refrain from communication or any other contact by mail, telephone, e-mail, voice-mail or other means with [specify protected person(s)]:
      _EXCEPT - THE APPEASE_

[02] ☐ Refrain from assault, stalking, harassment, menacing, reckless endangerment, disorderly conduct, intimidation, threats, or any
      criminal offense against [specify name(s) of protected person(s), members of protected person's family or household, or person(s) with custody
      of child(ren)]: _____

[11] ☐ Permit [specify individual]: _____ to enter the residence at [specify]: _____
      during [specify date/time]: _____ with [specify law enforcement agency, if any]: _____ to remove
      personal belongings not in issue in litigation [specify items] _____

[04] ☐ Refrain from [indicate acts]: _____ that
      create an unreasonable risk to the health, safety, or welfare of [specify child(ren), family or household member]: _____

[05] ☐ Permit [specify individual(s)]: _____
      entitled by a court order or separation or other written agreement, to visit with [specify child(ren)]: _____
      during the following periods of time [specify]: _____
      under the following terms and conditions [specify]: _____

[12] ☐ Surrender any and all handguns, pistols, revolvers, rifles, shotguns and other firearms owned or possessed, including, but not limited to,
      the following _____ . Such surrender shall take place immediately, but in no event
      later than [specify date/time]: _____ at: _____

[09] ☒ Specify other conditions defendant must observe: _MUST FOLLOW ALL LAWS AND REMAIN_
      _ARREST FREE_

IT IS FURTHER ORDERED that the above-named Defendant's license to carry, possess, repair, sell or otherwise dispose of a firearm or firearms, if any, pursuant to Penal Law § 400.00, is hereby [ 13A ] ☐ suspended or [ 13B ] ☐ revoked (note: final order only), and / or [ 13C ] ☐ the Defendant shall remain ineligible to receive a firearm license during the period of this order. (Check all applicable boxes).
IT IS FURTHER ORDERED that this order of protection shall remain in effect until [specify date]: _1-27-22_

DATED: _1-27-2021_                         _St. A. Root_
                                           JUDGE / JUSTICE
                                           Court (Court Seal)

☒ Defendant advised in Court of issuance of Order.
   Received by Defendant ☒ _____ _(Defendant's Signature)_

☐ Service Executed    Date: _____    Time: _____    ☐ Warrant issued for Defendant

    The Criminal Procedure Law provides that presentation of a copy of this order of protection to any police officer or peace officer acting pursuant to his or her special duties shall authorize and in some situations may require, such officer to arrest a defendant who is alleged to have violated its terms and to bring him or her before the Court to face whatever penalties may be imposed therefor.
    Federal law provides that this order must be honored and enforced by state and tribal courts, including courts of a state, the District of Columbia, a commonwealth, territory or possession of the United States, if it is established that the person against whom the order is sought has been or will be afforded reasonable notice and opportunity to be heard in accordance with state law sufficient to protect that person's rights (18 U.S.C. § § 2265, 2266).
    It is a federal offense to: cross state lines to violate an order of protection; cross state lines to engage in stalking, harassment or domestic violence against an intimate partner or family member; possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition following a conviction of a domestic violence misdemeanor involving the use or attempted use of physical force or a deadly weapon; or (except for military or law enforcement officers while on duty) possess, purchase, ship, transfer or receive a handgun, rifle, shotgun or other firearm or ammunition while an order of protection, issued after notice and an opportunity to be heard, that protects an intimate partner against assault, harassment, threatening and/or stalking, remains in effect (18 U.S.C. § § 922(g)(8), 922(g)(9), 2261, 2261A, 2262).

² Use this form for orders of protection, issued to protect victims of domestic violence as defined in Soc. Serv. Law § 459-a, that must be entered on the statewide registry of orders of protection (Exec. L. § 221-a).

1    that, Ms. Bates?  It seems to me that you actually acknowledge

2    it, and you're indicating -- you gave me a reason as to why.

3              MS. BATES:  I don't.  I don't.  I don't deny it.

4    I think it could run the lines of a defense.  I think both

5    parties have not listened to your instructions from

6    September 24th.  I went up one side of my client and down the

7    other last week, and I can assure the Court it will not happen

8    again.

9              THE COURT:  That's what I'm --

10   (Court reporter interruption due to multiple participants

11   speaking.)

12             THE COURT:  Look, I'm not -- I'm not going to

13   issue an order of protection.  But I am going to reiterate and

14   reemphasize that I don't want there to be communication

15   between these parties.  There's no reason for it other than

16   between the app that -- the AppClose that was discussed with

17   respect to visitation with the children and that should be an

18   easy thing to do.  And regardless of what comes up or what you

19   discover in the course of this, it's not an excuse.

20             MS. ADAMS:  I just want to make clear, too, your

21   order that you put -- not only in the order to show cause that

22   you signed but also the orders you made September 24th are

23   valid and in force and effect.  She is not to be making

24   disparaging statements.  She is not to be contacting

25   employers, former employers.  You already said all this.



10:32

Phone

**Ross Howarth (2)**
Work                                          3:01 PM

**UNKNOWN NAME**
(571) 464-1088                              11:24 AM

January 5, 2021

**UNKNOWN NAME**
(571) 464-1088                              4:52 PM

**Aiden Bellavia**
Mobile                                        2:55 PM

**Aiden Bellavia**
Mobile                                        2:48 PM

**Colin Fitts**
Mobile                                        2:47 PM

**Joan Adams**
Work                                          1:21 PM

**Josef Beemer**
Mobile                                       12:09 PM

January 4, 2021

Keypad      **Recents**      Contacts      Places

4:33 

← 👤 **Deanna King**
Last seen Jan 14, 12:01 PM    ○○○

WED, DEC 09, 2020

THU, DEC 10, 2020

> Next Wednesday i have a conflict. Can I have them Tuesday 5 to 8 instead of next Wednesday please?

Dec 10, 04:08 PM ✅

FRI, DEC 11, 2020

> Can you respond to this please? I need to adjust for the children

Dec 11, 11:13 AM ✅

> Can you drop the kids off in Albion or Elba? Closer for me tomorrow at 10am

Dec 11, 02:54 PM ✅

No. I cannot do either. Sorry.

Dec 11, 08:53 PM

See you in Elba at 10.

Dec 11, 08:53 PM

SAT, DEC 12, 2020

📎 Message Deanna King  

|||    ◯    ‹

4:33

## Deanna King
Last seen Jan 14, 12:01 PM

SAT, DEC 12, 2020

Can I switch Wednesday for Monday then or sunday?

Dec 12, 08:26 AM

Otherwise I can't do Wednesday because of a work conflict

Dec 12, 08:26 AM

That won't work. I will keep them Wednesday.

Dec 12, 09:08 AM

There isn't anything we can do to switch the days?

Dec 12, 12:41 PM

Plus I am requesting an extra day for counseling with the kids. You have to work with me on this.

Dec 12, 12:42 PM

Elba at 8?

Dec 12, 02:22 PM

Message Deanna King

4:33 

← **Deanna King** 
Last seen Jan 14, 12:01 PM

SAT, DEC 12, 2020

Yes ma'am

Dec 12, 03:18 PM ✅

Vivi ordered some presents to be delivered to Batavia from Amazon. They are for her friends and the family. Just fyi

Dec 12, 03:19 PM ✅

The only day that would work is Thursday

Dec 12, 08.08 PM

SUN, DEC 13, 2020

Making an appointment for evan for an audiologist. Fyi. They are the best in wny

Dec 13, 11:10 AM ✅

TUE, DEC 15, 2020

Please let me know about Thursday ASAP

Dec 15, 06:54 PM

📎   Message Deanna King          

|||          ◻          ‹

4:33   

### Deanna King
Last seen Jan 14, 12:01 PM

000

**WED, DEC 16, 2020**

> I told you. I am on duty wed to.sundsy night

Dec 16, 06:57 AM ✔

> Which is why I asked you a week out to have Sunday mon or Tuesday and you refused

Dec 16, 06:57 AM ✔

Those days were not available. They will see you next Wednesday.

Dec 16, 08:15 AM

**SAT, DEC 19, 2020**

Please confirm you will be getting a COVID test upon your return from Washington before your visit with our children.

Dec 19, 10:27 AM

**SUN, DEC 20, 2020**

> So I am clear, You will reatrict

📎  Message Deanna King



|||        ◯        ‹

4:34  • ✳ ✕ ⁴ᴳ⁺ ⏹

← 🖤 **Deanna King**                                          ○○○
🖤 Last seen Jan 14, 12:01 PM

**SUN, DEC 20, 2020**

> So I am clear, You will reatrict access to my children unless I pay 139 dollars for a three hour visit on wednesday?

Dec 20, 11:22 AM ✔

> Restrict

Dec 20, 11:22 AM ✔

What? Confirming you are getting a COVID test since you traveled out of state and were around a lot of mask-less strangers.

Dec 20, 01:31 PM

https://coronavirus.health.ny .gov/covid-19-travel-advisory

Dec 20, 02:12 PM

**MON, DEC 21, 2020**

> I am isolating. If that isn't good enough let me know. Its not easy to get tests without known exposure or symptoms

 Message Deanna King                    

||| ◯ ‹

4:34 



← **Deanna King**
Last seen Jan 14, 12:01 PM          ○ ○ ○

MON, DEC 21, 2020

I am isolating. If that isn't good enough let me know. Its not easy to get tests without known exposure or symptoms

Dec 21, 01:16 PM ✓

https://www.co.genesee.ny.us/departments/health/

Dec 21, 02:16 PM

TUE, DEC 22, 2020

Isolated until wed

No temp or issues. Let me know if I can see them

Dec 22, 08:25 AM ✓

For travelers who were out-of-state for more than 24 hours:
Travelers must obtain a test within three days of departure, prior to arrival in New York.
The traveler must, upon arrival in New York,

✏ Message Deanna King          

|||          ○          ‹

4:34

**Deanna King**
Last seen Jan 14, 12:01 PM

TUE, DEC 22, 2020

For travelers who were
out-of-state for more than 24
hours:
Travelers must obtain a
test within three days of
departure, prior to arrival in
New York.
The traveler must, upon
arrival in New York,
quarantine for three days.
On day 4 of their quarantine,
the traveler must obtain
another COVID test. If
both tests comes back
negative, the traveler may
exit quarantine early upon
receipt of the second
negative diagnostic test.

For travelers who were
out-of-state for less than 24
hours:

The traveler does not need a
test prior to their departure
from the other state, and
does not need to quarantine
upon arrival in New York
State.
However, the traveler must
fill out our traveler form upon
ontry into New York State

🖇  Message Deanna King    

|||     ◯     ‹

4:33

## Deanna King
Last seen Jan 14, 12:01 PM

WED, DEC 09, 2020

THU, DEC 10, 2020

> Next Wednesday i have a conflict. Can I have them Tuesday 5 to 8 instead of next Wednesday please?

Dec 10, 04:08 PM

FRI, DEC 11, 2020

> Can you respond to this please? I need to adjust for the children

Dec 11, 11:13 AM

> Can you drop the kids off in Albion or Elba? Closer for me tomorrow at 10am

Dec 11, 02:54 PM

No. I cannot do either. Sorry.

Dec 11, 08:53 PM

See you in Elba at 10.

Dec 11, 08:53 PM

SAT, DEC 12, 2020

Message Deanna King

4:34

## Deanna King
Last seen Jan 14, 12:01 PM

○○○

**TUE, DEC 22, 2020**

Will you be getting a test per state requirements?

Dec 22, 11:05 AM

https://www.google.com/amp/s/fox8.com/news/president-trumps-spiritual-adviser-tests-positive-for-coronavirus-after-attending-white-house-christmas-party/amp/

Dec 22, 11.09 AM

I just want our children to stay healthy.

Dec 22, 11:20 AM

See them Wednesday then

Dec 22, 05.12 PM 

Not sure this is the proper use of this app. Either I see my children or you refuse. No need to send anything but that communication

Dec 22, 05:28 PM

Message Deanna King

  

4:35

### Deanna King
Last seen Jan 14, 12:01 PM

**TUE, DEC 22, 2020**

I am trying to make sure
COVID protocols are being
followed to keep our children
healthy. You traveled out
of state and interacted with
countless massless strangers.
You are supposed to get
a test four days after you
return. I would do the same.
Did you get one? It is a fair
question about our children
safety.

Dec 22, 05:54 PM

You have no idea what i did
and with whom. Tests are
tough to get. This seems like
yet another issue to restrict
access from my children. I
ask again one more time.

Dec 22, 08:53 PM 

I have not and would never
do that. I sent you a link to
drive up test sites. Let me
know.

Dec 22, 11:22 PM

WED, DEC 23, 2020

 Message Deanna King 

||| ◯ ‹

4:35 

← **Deanna King**
Last seen Jan 14, 12:01 PM        ○○○

**WED, DEC 23, 2020**

https://www.google.com
/amp/s/amp.cnn.com/cnn
/2020/12/22/politics/henry
-mcmaster-south-carolina
-governor-tests-positive
-covid/index.html

Dec 23, 06:17 AM

It's so simple to ensure the
health and safety of our
children. Please just get one
today.

Dec 23, 09:58 AM

I am doing my best to get
a test done. These are not
easy to obtain. I don't have
knowing exposure nor do I
have symptoms. This is just
another attempt to block
access. I refuse to discus
anything more on this app
but my children.

I will consider tonight
canceled since I can't get a
results for days? Nor a test?

Dec 23, 10:03 AM ✓

  Message Deanna King        

||| ○ ‹

4:35

## Deanna King
Last seen Jan 14, 12:01 PM

**WED, DEC 23, 2020**

I am discussing our children.
I am not blocking access.

Dec 23, 10:13 AM

Considering you were at a
party where there is a known
positive I am certain you
could get one today. I don't
want our children to get sick.

Dec 23, 10:20 AM

The VA offers rapid tests.
You have to call your primary
care doctor and set up an
appointment and could get
the results back immediately.
WellNow Urgent Care offers
the standard test. Results are
posted online for you in 2-3
business days.

Dec 23, 10:34 AM

You traveled out of state to
Georgia and Washington.
Not only are you required
by the state to get tested
- I would hope you want
to in order to protect your

🖇  Message Deanna King



|||     O     ‹

4:35

**Deanna King**
Last seen Jan 14, 12:01 PM

WED, DEC 23, 2020

You traveled out of state to Georgia and Washington. Not only are you required by the state to get tested - I would hope you want to in order to protect your children from this virus.

Dec 23, 10:55 AM

I figured you would want to be safe for them. We will meet you at the Tops parking lot at 5. Please wear a mask in the car with them and when not at a table eating.

Dec 23, 11:09 AM

Can we just work together raising them and doing what is best for them? I am not trying to restrict access. I want them to have a relationship with their father. See you at 5.

Dec 23, 11:31 AM

Message Deanna King

4:35    ∗ ⊿ 4G⁺ ⊿ 🔋

← 👤 **Deanna King**
Last seen Jan 14, 12:01 PM                 ○○○

**WED, DEC 23, 2020**



5pm

Dec 23, 02:29 PM ✔

··········

Dec 23, 03:31 PM

As the COVID numbers
skyrocket, they have been
staying home and are not
allowed to gather with
friends. I really hope they
do not get sick.  Please
take precautions during
your visit since you traveled
extensively and refuse to be
tested. Thank you.

Dec 23, 03:36 PM


Orders are orders

Dec 23, 04:37 PM ✔


Follow

Dec 23, 04:37 PM ✔

We are here.

📎  Message Deanna King            

|||    ○    ⟨

4:36 

← Deanna King ⚬⚬⚬
Last seen Jan 14, 12:01 PM

WED, DEC 23, 2020



Dec 23, 04:37 PM ✔



Dec 23, 04:37 PM ✔

We are here.

Dec 23, 05:01 PM

Yes. Orders in NYS say you are REQUIRED to get tested after traveling out of state. Please follow necessary safety protocols to keep our children healthy. Thank you.

Dec 23, 05:02 PM

Next time you are going to be 15 minutes late for pick up - please notify me. Thank you

Dec 23, 05:18 PM



Dec 23, 08:02 PM ✔

 Message Deanna King 

          

4:36 

## Deanna King
Last seen Jan 14, 12:01 PM

000

WED, DEC 23, 2020

..........

Dec 23, 08:30 PM

SAT, DEC 26, 2020

Batavia or Elba?

Dec 26, 08:30 AM

Tops or Gas Station for drop off and pick up?

Dec 26, 08:49 AM

The app indicates you read the message.  Please let me know ASAP. It will determine what time we have to leave our house.

Dec 26, 09:20 AM

We will meet you in the same location at TOPS.

Dec 26, 09:28 AM



?????

Dec 26, 10:10 AM ✔

 Message Deanna King



|||        ◯        ‹

4:37

**Deanna King**
Last seen Jan 14, 12:01 PM

∘∘∘

SAT, DEC 26, 2020

Where are you?

Dec 26, 10:10 AM ✔

∙∙∙∙∙∙∙∙∙

Dec 26, 10:17 AM

You need to feed them
THREE meals when you have
them tomorrow - not just one
like today. Breakfast, lunch
AND dinner.  Thank you.

Dec 26, 08:15 PM

SUN, DEC 27, 2020

I am done with this after
every visit. Its not necessary.
It's harassing and violates
the judges order. Its illegal in
fact.

Dec 27, 02:34 AM ✔

I am discussing the well
being of OUR CHILDREN.
I am making them eat
breakfast to ensure they have
it. I will be sending Ibuprofen

✎   Message Deanna King

↑

4:37

**Deanna King**
Last seen Jan 14, 12:01 PM

SUN, DEC 27, 2020

I am discussing the well being of OUR CHILDREN. I am making them eat breakfast to ensure they have it. I will be sending Ibuprofen with Vivienne today. She will need it again at 1 pm. I took her to Urgent Care this morning. She woke up with a really bad sore throat. Strep test came back negative.

Dec 27, 08:52 AM

You told my children I may have covid

Dec 27, 09:01 AM

I am done with this. If vivi is sick she is sick

Dec 27, 09:02 AM

We will meet you at 10. She will need Ibuprofen at 1 pm

Dec 27, 09:08 AM

It's going to happen during your visits that the children

Message Deanna King



||| ○ ‹

4:37

## Deanna King
Last seen Jan 14, 12:01 PM

**SUN, DEC 27, 2020**

We will meet you at 10. She will need Ibuprofen at 1 pm

Dec 27, 09:08 AM

It's going to happen during your visits that the children don't feel well. I am also sending luden's cough drops.

Dec 27, 09:09 AM

I also never told them you had COVID. I told them to wear their masks in the car. They will see you at 10.

Dec 27, 09:12 AM

Aiden got in the back seat

Dec 27, 09:12 AM ✓

Enough. This is horrible for the children.

Dec 27, 09:13 AM ✓

They will see you at 10.

📎  Message Deanna King

|||           ◯           ‹

4:37 

← Deanna King

000

Last seen Jan 14, 12:01 PM

SUN, DEC 27, 2020

They will see you at 10.

Dec 27, 09:13 AM

> Zero non children contact.
> I will have the court order
> enforced
>
> Dec 27, 09:14 AM ✅

Every single thing I am
discussing is about the
children. Have a good day!

Dec 27, 09:16 AM

> I am outside target and my
> car died. Can you give me a
> jump please
>
> Dec 27, 09:54 AM ✅

Ibuprofen should be 1 pm
and 7 pm. The top line based
on height and weight.

Dec 27, 11:16 AM

> Thanks
>
> Dec 27, 11:40 AM ✅

 Message Deanna King 

|||          ◯          ‹



4:37



← Deanna King
   Last seen Jan 14, 12:01 PM          ○○○

SUN, DEC 27, 2020

Thanks

Dec 27, 11:40 AM ✓

No problem. She wasn't ever
running a fever so she should
be good.

Dec 27, 11:53 AM

Kids eating and are super
happy.

Dec 27, 12:58 PM ✓

MON, DEC 28, 2020



Dec 28, 04:11 PM



📎  Message Deanna King          

|||          ⬜          ‹

4:39

**Deanna King**
Last seen Jan 14, 12:01 PM

○○○

SUN, DEC 27, 2020

**MON, DEC 28, 2020**



Dec 28, 04:11 PM



Dec 28, 04:12 PM

Evan's tire popped on his car on the way to the store. It turns out all four tires were nearly down to the metal. He needed four tires. I did not buy him the car and cannot afford this maintenance.

Dec 28, 04:12 PM

What do you need?

📎   Message Deanna King   

4:39 

← Deanna King
Last seen Jan 14, 12:01 PM          ○○○

MON, DEC 28, 2020

What do you need?

Dec 28, 11:28 PM ✔

I just asked him if he is checking all that stuff. Unreal

Dec 28, 11:28 PM ✔

What do you want me to do?

Dec 28, 11:56 PM ✔

TUE, DEC 29, 2020

That is a lot of money to me of which your child support does not cover because he is an adult. I cannot afford the maintenance on two vehicles.

Dec 29, 05:26 AM

Deanna

Dec 29, 08:33 AM ✔

I am not using this platform for you to get even more money. Stop

 Message Deanna King 

        

4:39 



**Deanna King**
Last seen Jan 14, 12:01 PM       o o o

TUE, DEC 29, 2020

Deanna

Dec 29, 08:33 AM ✔

I am not using this platform for you to get even more money. Stop

Dec 29, 08:34 AM ✔

I contacted Evan

Dec 29, 08:35 AM ✔

I did not ask you for money for me.  Your college student son does not work because of a pandemic.  I cannot afford the maintenance on two vehicles. I have helped him pay for groceries and other expenses weekly the entire semester. Please do not attempt to fabricate a story about my use of this platform. It is to communicate about your children and their needs - Evan included when necessary.

📎   Message Deanna King        

|||            ◯            ‹

4:39 

### Deanna King
Last seen Jan 14, 12:01 PM     ○○○

TUE, DEC 29, 2020

No fabrication. Just stating it will be enforced. How much was the total amount?

Dec 29, 01:16 PM ✅

I will send you the money for the tires in your weekly

Dec 29, 01:22 PM ✅

This is not staus quos for the children BTW. Evan is an adult. And if he doesn't come to me, I don't want to hear from you on his behalf. Especially about money. Court was clear

Dec 29, 01:23 PM ✅

I have NO desire to message you about anything but the children and things related to their health and well being. It would be great if you could build a relationship with Evan, Aiden and Vivienne so they aren't afraid to come to you with problems, concerns or to even tell you basic

 Message Deanna King

|||          ○          ‹

4:39

**Deanna King**
Last seen Jan 14, 12:01 PM

TUE, DEC 29, 2020

No fabrication. Just stating it will be enforced. How much was the total amount?

Dec 29, 01:16 PM

I will send you the money for the tires in your weekly

Dec 29, 01:22 PM

This is not staus quos for the children BTW. Evan is an adult. And if he doesn't come to me, I don't want to hear from you on his behalf. Especially about money. Court was clear

Dec 29, 01:23 PM

I have NO desire to message you about anything but the children and things related to their health and well being. It would be great if you could build a relationship with Evan, Aiden and Vivienne so they aren't afraid to come to you with problems, concerns or to even tell you basic

Message Deanna King



4:39

**Deanna King**
Last seen Jan 14, 12:01 PM

TUE, DEC 29, 2020

I have NO desire to message you about anything but the children and things related to their health and well being. It would be great if you could build a relationship with Evan, Aiden and Vivienne so they aren't afraid to come to you with problems, concerns or to even tell you basic things like they are hungry or thirsty during visits. Have a good day.

Dec 29, 01:38 PM

That's unnecessary

Dec 29, 02:23 PM ✓

No need for negatives

Dec 29, 02:23 PM ✓

It is why I have to speak and advocate for them. Hopefully, they can improve their communication with you. Have a wonderful day.

Dec 29, 02:38 PM

📎   Message Deanna King





4:40

**Deanna King** ·
Last seen Jan 14, 12:01 PM

TUE, DEC 29, 2020

And it is not part of the
status quo. He is an adult.
Therefore, there is no need
to send it with your weekly
payment as if you are doing
me a favor. It is the car
you purchased for our son
without consulting me. I
fronted the money for him.
He will just have to pay me
back because I cannot afford
the maintenance on two cars.

Dec 29, 03:40 PM

Then you got this. Thanks

Dec 29, 06:33 PM ✓

I did buy the car afterall

Dec 29, 06:34 PM ✓

No, Evan will have to pay
me back. I cannot afford the
maintenance on two cars.

Dec 29, 06:50 PM

I hope one day you can be
kind and we can co-parent

Message Deanna King

4:40 

←    **Deanna King**     ○○○
     Last seen Jan 14, 12:01 PM

**TUE, DEC 29, 2020**

I hope one day you can be kind and we can co-parent without drama. I also hope they reach the point when they aren't afraid to come to you with these things and can be honest with you about their feelings.

Dec 29, 06:52 PM

> Its a set of tires. Stop harassing him.

Dec 29, 07:31 PM ✔

**WED, DEC 30, 2020**

> Kids are coming to my house. No cats. Everything is clean. There should be zero issues and I really don't want a long report about allergies when the visit is over

Dec 30, 02:12 PM ✔

Great!

Dec 30, 03:54 PM

📎   Message Deanna King     

|||     ◯     ‹

4:40

## Deanna King
Last seen Jan 14, 12:01 PM

**WED, DEC 30, 2020**

Great!

Dec 30, 03:54 PM

You could have done that a long time ago. See you at 5.

Dec 30, 04:26 PM

Needed cooperation. I guess I have that now so thanks

Dec 30, 06:47 PM

I have a conflict with next Wednesday. You have a week notice. Please give me alternatives to wednesdsy

Dec 30, 07:57 PM

Monday? Thursday?

Dec 30, 08:14 PM

Monday is better.

Dec 30, 09:16 PM

Message Deanna King

4:41 · ❄ 🔋

### Deanna King
Last seen Jan 14, 12:01 PM

○ ○ ○

**WED, DEC 30, 2020**

Okay. Then sorry. Those are the only two days that work for me. Have a good week.

Dec 30, 09:40 PM

And you didn't need my "cooperation" to bring the kids to your house. I was all for it! They hate going to hotels. You needed the "personal person's" cooperation who the children believe was hiding in another room tonight.  No need.  I hope you find happiness! Since you aren't available those days they will see you next Saturday.

Dec 30, 10:47 PM

Excuse me?

Dec 30, 10:47 PM ✔

What are you accusing me of?

Dec 30, 10:47 PM ✔

📎   Message Deanna King

⬆

4:41

**Deanna King**
Last seen Jan 14, 12:01 PM

WED, DEC 30, 2020

They will see you next
Saturday! Have a great week!

Dec 30, 10:48 PM

I hope you are happy! Truly.
If you travel please be
cautious - I want to keep our
children healthy. Thanks!

Dec 30, 10:59 PM

This is all harassing
communication in direct
violation of the order. I have
asked numerous times for
this to stop. You continue to
harrass.

Dec 30, 11:16 PM ✔

You accused me of "not
cooperating" and that is why
you couldn't bring them to
your house. I wanted them to
go there. I am not harassing
you! Please stop with the
fabrications and drama. My
communication is all about
our children, their health
and well being. They will see

Message Deanna King



||| ◯ ‹

4:41

← **Deanna King**
Last seen Jan 14, 12:01 PM

∘∘∘

WED, DEC 30, 2020

You accused me of "not cooperating" and that is why you couldn't bring them to your house. I wanted them to go there. I am not harassing you! Please stop with the fabrications and drama. My communication is all about our children, their health and well being. They will see you next week! Please be COVID-safe when traveling.

Dec 30, 11:22 PM

The children's attorney, Jake - who is wonderful - encouraged them to talk to me about their feelings, concerns, worries, etc. Please don't chastise them for doing so. Also, please stop insulting Jake to them. He is their advocate and a good one! They really like and trust him. Let's work on co-parenting in a healthy way in the New Year!

Dec 30, 11:35 PM

THU, DEC 31, 2020

 Message Deanna King   

||| ◯ ‹

4:41

**Deanna King**
Last seen Jan 14. 12:01 PM

○○○

THU, DEC 31, 2020

I want you to be happy and to work together to raise these wonderful children. It would be great if we could communicate without drama. I wasn't being sarcastic. There was no harassment. Absolutely no accusations. We aren't together. All I was trying to say you don't have to hide anything. I hope you have someone....and that the children can meet and build a relationship with! I wasn't being rude or mean. I am letting go of any negativity and I honestly wish you well!

Dec 31, 04:05 AM



Dec 31, 11:24 AM ✔

Btw, Aiden did NOT have any allergy problems. So, that is great news! And whatever you guys did - the musty smell we always talked about is gone - their coats smelled fine!

✎   Message Deanna King



4:42 

← 🖤 **Deanna King**
Last seen Jan 14, 12:01 PM                    ○○○

**THU, DEC 31, 2020**

••••••••••

Dec 31, 12:04 PM

And they only told me
because it was strange
for them that you left the
room six times "to check on
something." We have a very
open relationship and they
trust me. I am proud of that.
Confirming your next visit is
January 9th?

Dec 31, 12:16 PM

> I checked on his Christmas
> gift that came late and didn't
> want them to see the mess
> of what the roof did in the
> other room.
>
> This allegation is
> outrageous. And is in direct
> violation of the judge.

Dec 31, 12:17 PM 

Oh my word. I didn't make
the allegation. It is what they
believed. I wasn't there. Stop

📎   Message Deanna King          ↑

|||          ○          ‹

4:43 

← 👤 **Deanna King**
Last seen Jan 14, 12:01 PM          ○○○

**TUE, JAN 05**

Jan 05, 03:06 PM

I just found out we got new insurance. What is difficult to understand here

Jan 05, 03:06 PM ✔

Use tricare

Jan 05, 03:06 PM ✔

You could have emailed HR
last night or this morning.
You refuse to help.

Jan 05, 03:06 PM

I don't have an HR

Jan 05, 03:07 PM ✔

I have my hr

Jan 05, 03:07 PM ✔

And that is worthless

Jan 05, 03:07 PM ✔

📎  Message Deanna King          ↑

|||          ◯          ‹

4:43 



**Deanna King**

Last seen Jan 14, 12:01 PM                    o o o

TUE, JAN 05



This isn't about me or my
employer. Its about the insurance
and the people not able to get
their services

Actually, this happened last year
and your HR had to fix something

I        lol      The

Q W E R T Y U I O P

Jan 05, 03:07 PM

Okay.  Noted.

Jan 05, 03:08 PM

............

Jan 05, 03:08 PM



Jan 05, 03:08 PM ✔

Are you on the policy or not?

Jan 05, 03:09 PM ✔

Joe got a card. You didn't?
You refused to help
when the policy is in your
name and I told you the

 Message Deanna King                    

|||            ◯            ‹



4:43

**Deanna King**
Last seen Jan 14, 12:01 PM

TUE, JAN 05

Joe got a card. You didn't?
You refused to help
when the policy is in your
name and I told you the
problem. I told you Aiden
had this appointment at
3. These children are your
responsibility , too.  It is your
responsibility to make sure I
have insurance information.
Thank you.

Jan 05, 03:12 PM



I didn't know about the
appointment until when?

I thought the court said I
should have that in writing.

Hmmmm?

Jan 05, 03:12 PM



doctor and they said the insurance
"cannot be waived."

Please let me know ASAP? He has a
PT appointment tomorrow as well



I        lol        The

Q  W  E  R  T  Y  U  I  O  P



Message Deanna King

|||        O        <

4:43 

**Deanna King**
Last seen Jan 14, 12:01 PM

000

**TUE, JAN 05**

The phone number keeps hanging up. Can you please get the insurance information?

Jan 05, 03:16 PM

I am busy at the moment

Jan 05, 03:24 PM ✓

wow.

Jan 05, 03:25 PM

**WED, JAN 06**

I need prescription info as well ASAP

Jan 06, 06:18 AM

I sent that to you earlier

Jan 06, 06:19 AM ✓

Scroll up

Jan 06, 06:19 AM ✓

 Message Deanna King

4:44 

### Deanna King
Last seen Jan 14, 12:01 PM

ooo

**WED, JAN 06**

What is the company Dave?

Jan 06, 07:55 AM

> You have script cards. Same ones

Jan 06, 08:22 AM ✓

Thanks Dave!

Jan 06, 08:34 AM



Jan 06, 08:44 AM ✓



Jan 06, 10:26 AM

I would ask that you follow NYS guidelines and arrange your rapid covid tests before you travel in the future to ensure our children stay healthy. Thank you!

Jan 06, 05:19 PM

What are you talking about



✎ Message Deanna King

||| ◯ ‹

4:44

## Deanna King
Last seen Jan 14, 12:01 PM

o o o

**WED, JAN 06**

What are you talking about

Jan 06, 10:20 PM ✔

**THU, JAN 07**

If you are traveling or will be
in the future - please follow
NYS guidelines regarding
mandatory COVID testing
upon your return. I am taking
every necessary precaution
in regards to this virus to
keep our children healthy
and would appreciate it if
you did the same. Thank you.

Jan 07, 04:17 AM

· · · · · · · · ·

Jan 07, 04:17 AM



Jan 07, 09:04 AM ✔

· · · · · · · · · ·

Jan 07, 01:55 PM

  Message Deanna King     

III        ◯        ‹

4:44 

← 　Deanna King　　　　　ooo
　　Last seen Jan 14, 12:01 PM

THU, JAN 07

New water bill....

Jan 07, 05:22 PM



Jan 07, 05:23 PM

I also had to pay $800 for January rent for Evan's apartment because it's not covered until the new semester starts because he is living off campus. I would appreciate if you could cover half since I paid for his brakes.

Jan 07, 05:24 PM

FRI, JAN 08

| Amount | $823.95 |
| Posted Date | 01/06/2021 |
| Transaction Date | 01/05/2021 |
| Transaction Type | Purchase |

 Message Deanna King　　　

|||　　　　◯　　　　‹

4:44 

### Deanna King
Last seen Jan 14, 12:01 PM

o o o

FRI, JAN 08

Evan may be of adult age, but he is on the spectrum and is going to require a little more from us as he goes through college. It's overwhelming for him. February rent will begin being covered by room & board cost, but that money doesn't go through until the drop, add period at RIT.

Jan 08, 06:44 AM



This app is not to be used for anything other than information for the children. I have asked you repeatedly. Not to shake me down for even more money. I have told you this is harassing. You violated the order again with two phone calls last week. This is not cool. Evan can contact me if he needs money.

I am done with all of this deanna.

Stop communicating with me. For the final time.

Message Deanna King   

4:44

## Deanna King
Last seen Jan 14, 12:01 PM

FRI, JAN 08

I am not shaking you down for money. Our son needs help. I have given him so much money this past semester for expenses. You know very well he has a difficult time communicating with you. I needed the health insurance information and you refused to provide it! Enough of your outright lies. You are expected to help with college costs. Every message I have sent is all about our children. You are also required to pay the water bill

Jan 08, 11:57 AM

This isn't the platform

Jan 08, 12:04 PM ✓

He can ask me

Jan 08, 12:04 PM ✓

You are going to get in trouble. Stop it.

 Message Deanna King 

4:44

**Deanna King**
Last seen Jan 14, 12:01 PM

⋯

**FRI, JAN 08**

You are going to get in trouble. Stop it.

Jan 08, 12.05 PM ✓

This is absurd. We should be able to communicate about his needs, too....especially college. I wish you could just cooperate.

Jan 08, 12:21 PM

Great. I will have him ask you. I need the insurance cards. Thank you.

Jan 08, 12:57 PM

I just want to work together to help and raise our children. It doesn't have to be this difficult.

Jan 08, 01:45 PM

**SAT, JAN 09**

Evan is driving the kids to my house?

Message Deanna King



4:44

### Deanna King
Last seen Jan 14, 12:01 PM

○○○

SAT, JAN 09

**Evan is driving the kids to my house?**

Jan 09, 08:52 AM ✅

No.

Jan 09, 09:35 AM

He is not.

Jan 09, 09:35 AM

We will meet you in Elba at 10.  I had to get them all up. So, They have not eaten.

Jan 09, 09:36 AM

Go Bills!

Jan 09, 11:47 AM

MON, JAN 11

I NEED the insurance cards.

Jan 11, 04:56 AM

Please put them in the mail ASAP!

📎   Message Deanna King              ↑

|||              ◯              ‹

4:45 

←    **Deanna King**
Last seen Jan 14, 12:01 PM    ○○○

**MON, JAN 11**

I NEED the insurance cards.

Jan 11, 04:56 AM

Please put them in the mail
ASAP!

Jan 11, 03:30 PM

**WED, JAN 13**

I would like the children to
go in person hybrid.

Jan 13, 02:13 PM ✔

I will fill out the forms. Unless
you did already

Jan 13, 02:14 PM ✔

Please advise

Jan 13, 02:14 PM ✔

I would like you to stop
verbally abusing, threatening
and scaring our children.
They already do hybrid
learning.

Jan 13, 02:30 PM

 Message Deanna King    

|||    ○    ‹

4:45 

← 👤 **Deanna King**
Last seen Jan 14, 12:01 PM                   ○○○

**WED, JAN 13**

........

Jan 13, 02:35 PM

Vivienne out for tonight too?

Jan 13, 02:45 PM ✅

Or just aiden?

Jan 13, 02:46 PM ✅

Would he nice to know

Jan 13, 02:46 PM ✅

Contact their law guardian
Mr. Whiting.

Jan 13, 03:45 PM

**TODAY**



📎  Message Deanna King                    

                    

4:45 

**Deanna King**
Last seen Jan 14, 12:01 PM        ○ ○ ○

TODAY



07:39 AM ✔



07:39 AM ✔

Please put the hard copies in
the mail ASAP.  Thank you

09:39 AM

Offices need to SCAN them.

11:02 AM



03:43 PM ✔



