# EXHIBIT A

# EXHIBIT A

STATE OF NEW YORK:

COUNTY OF ORLEANS

JUSTICE COURT:

TOWN OF RIDGEWAY

# *Warrant of Arrest*

In the Name of the People of the State of New York,

To Any Police Officer in the County of Orleans or Any Adjoining County*:

An accusatory instrument having been, this day, laid before this Court, that the offense of **AGGRAVATED HARASSMENT 2ND / HARRASSMENT 2ND** in violation of **Sections 240.30(2) / 240.26(3)** of the **Penal** Law, has been committed in said County and accusing    Deanna M. Bellavia  Dob            (Aka Deanna M. King) , Defendant, thereof.

You are therefore commanded forthwith to arrest the above-named Defendant, and bring him before this Court at **27 Platt Street Albion NY 14411 (CAP Court)** in the **TOWN of ALBION**, County of Orleans, State of New York.

Issued this 26th day of January, 2021

_____
Judge-Justice
Joseph R. Kujawa

* Warrant may be executed in County of issuance or adjoining County {CPL §120.70}

---

*Endorsement Authorizing Arrest Outside County of Issuance or Adjoining County {CPL §120.70}*

_____ Court, _____ of _____ County of _____

This warrant may be executed in the County of _____, New York.

Dated at _____ NY, this ____ day of _____, 20___.

_____ (Judge-Justice)

---

| DESCRIPTION *(if known)* | | | | | |
|---|---|---|---|---|---|
| **DOB** | | **Race** White | | **Hair color** Brown | |
| **Height** 5.08 | | **Weight** 130 | | **Build** Normal | |
| **Address** 9 Allanview Dr. Batavia NY 14020 | | | | | |

---

### Notice of Execution

On the 27 day of January, 20 21 a police officer authorized to execute the above warrant arrested the above Defendant in the County of Orleans and did bring him/her before the local criminal court in which said warrant is returnable, OR before the CAP Court of the County of Orleans, County of Orleans, State of New York, said court in which warrant is returnable being not available.

_____ (Police Officer)          OCMFCTF (Department)