# EXHIBIT 1

**STATE OF NEW YORK:**  **COUNTY OF ORLEANS**

**JUSTICE COURT:**  **TOWN OF RIDGEWAY**

# Warrant of Arrest

In the Name of the People of the State of New York,

To Any Police Officer in the County of Orleans or Any Adjoining County*:

An accusatory instrument having been, this day, laid before this Court, that the offense of **AGGRAVATED HARASSMENT 2ND / HARRASSMENT 2ND** in violation of **Sections 240.30(2) / 240.26(3)** of the Penal Law, has been committed in said County and accusing Deanna M. Bellavia Dob 4/23/1975 (Aka Deanna M. King), Defendant, thereof.

You are therefore commanded forthwith to arrest the above-named Defendant, and bring him before this Court at **27 Platt Street Albion NY 14411 (CAP Court)** in the **TOWN of ALBION**, County of Orleans, State of New York.

Issued this 26th day of January, 2021

Judge-Justice
Joseph R. Kujawa

* Warrant may be executed in County of Issuance or adjoining County (CPL §120.70)

---

**Endorsement Authorizing Arrest Outside County of Issuance or Adjoining County (CPL §120.70)**

_____ Court, _____ of _____ County of _____

This warrant may be executed in the County of _____ New York.

Dated at _____ NY, this ___ day of _____ 20___.

_____ (Judge-Justice)

---

**DESCRIPTION (if known)**

| | | | | | |
|---|---|---|---|---|---|
| DOB | 4/23/75 | Race | White | Hair color | Brown |
| Height | 5.08 | Weight | 130 | Build | Normal |
| Address | 9 Allanview Dr. Batavia NY 14020 | | | | |

---

**Notice of Execution**

On the 27 day of January, 20 21 a police officer authorized to execute the above warrant arrested the above Defendant in the County of Orleans and did bring him/her before the local criminal court in which said warrant is returnable, OR before the CAPS Court of the County of Orleans, County of Orleans, State of New York, said court in which warrant is returnable being not available.

_____ (Police Officer)   OCMFCTF (Department)

JOSEPH R. KUJAWA
Town Justice

TOWN of RIDGEWAY
**JUSTICE COURT**
4062 Salt Works Road
Medina, New York 14103

Phone (585) 798-3282
Fax (585) 318-4107

April 18, 2023

RECEIVED APR 1 9 2023

Shannon B. O'Neill Vandermeer, Esq.
Webster Szanyi, LLP
424 Main Street Ste. 1400
Buffalo, NY 14202

**RE: People v. Deanna M. Bellavia**
    **Case No. 21020007 (Sealed 160.50)**

Dear Ms. O'Neill Vandermeer,

Enclosed please find our case file on Ms. Bellavia, as per the Order of the Hon. Frank Caruso.

Sincerely,

Joseph R. Kujawa /sjs
Town Justice

JRK/sjs
Encl.



# WEBSTER SZANYI LLP

Shannon B. O'Neill Vandermeer
Partner

March 30, 2023

Nathan McMurray, Esq.
Advocates for Justice
Chartered Attorneys
225 Broadway, Suite 225
New York, NY 10007

   **Re:**  **Deanna M. Bellavia**
      **Town of Ridgeway Justice Court Case No.: 21020007**
      **Orleans County Index No.: E23-00765**

Dear Mr. McMurray:

  Enclosed is a copy of Town Justice Joseph R. Kujawa's April 18, 2023 correspondence enclosing the Town of Ridgeway Justice Court's case file provided pursuant to Judge Caruso's Stipulation and Order.

  Please provide us with copies of the documents your client has received from the Justice Court as referenced in Document 39 from the federal case.

  Please contact me with any questions.

             Very truly yours,

             Shannon B. O'Neill Vandermeer

SBOV:lmd
Enclosures
cc:  Daniel W. O'Brien Jr., Esq. (with enclosures)

424 Main Street, Suite 1400 • Buffalo, New York 14202
Tel: (716) 842-2800 • Fax: (716) 845-6709
soneill@websterszanyi.com