Judgment in a Civil Case

## United States District Court
### WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEANNA MARLENE BELLAVIA | **JUDGMENT IN A CIVIL CASE** <br> CASE NUMBER: 22-CV-842 |
| v. | |
| ORLEANS COUNTY, et al. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that Plaintiff's Motion to Amend is Denied; that the Orleans defendants' Motion to Dismiss is Granted and that the Complaint is Dismissed.

Date: April 12, 2024                    MARY C. LOEWENGUTH
                                        CLERK OF COURT


                                        By: s/Suzanne
                                                Deputy Clerk